Lurie|Strupinsky, LLP
15 Warren Street, Suite 36
Hackensack, New Jersey 07601
(201) 518-9999 (main)
(347) 772-3074 (facsimile)
Attorney for Plaintiff

| | |
|---|---|
| LEE GOLDEN, III,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL   GRECCO   PRODUCTIONS, INC.; MICHAEL GRECCO; MICHAEL GRECCO  PHOTOGRAPHY,  INC; JOHN DOES 1-10; and BUSINESS ENTITIES A-J,<br><br>                    Defendants. | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK<br><br>Civil Case No.<br><br>COMPLAINT |

Plaintiff, LEE GOLDEN, III, by way of Complaint against the Defendants, Michael Grecco Productions, Inc.; Michael Grecco; Michael Grecco Photography, Inc. (hereafter referred to collectively, as appropriate, as the "Defendants") says:

## PARTIES

1.      Plaintiff Lee Golden, III ("Golden" or "Plaintiff") is a natural person and is a resident of the State and City of New York, Queens County.

2.      Defendant Michael Grecco Photography, Inc. ("Grecco Photo") is the purported copyright holder of the allegedly infringed photograph.

3.      Defendant Michael Grecco Productions, Inc. ("Grecco Prod.") is the party named on a draft complaint sent to counsel for Golden threatening to bring a civil action against him as discussed more fully below.

4.      Defendant Michael Grecco ("Grecco") is a natural person, and, upon information and belief, the photographer who took the photograph.

-1-

5.      Upon information and belief, Grecco Photo, Grecco Prod. and Grecco are all residents of California.

6.      The reason for naming all these Defendants is because the threatened complaint, discussed below, misidentifies the copyright holder and, therefore, Plaintiff is at risk of another party bringing such an action as a result of the defective nature of the threatened complaint.

7.      The John Doe and Business Entity defendants are fictitious parties named herein because their identities are not currently known, and are used to represent individuals involved in the conduct set forth herein as well as, potentially, the owners, operators, employees, directors, managers and individuals or business entities with controlling interests in Defendants, if any such exist and whom or which, after discovery, may be determined to be partially or otherwise responsible for the harm which the Plaintiff suffered and therefore an amended Complaint would be necessary to name them.

### **NATURE OF THE ACTION**

8.      This is an action brought by Golden who seeks a declaration along with applicable injunctive relief under the Declaratory Judgment Act, 28 U.S.C. 2201 and *Fed.R.Civ.P.* 57.

9.      Plaintiff has been forced to bring this action as a result of Defendants' improper threats and assertions of copyright infringement against Plaintiff purportedly due to Plaintiff's posting on a website, "filmcombatsyndicate.com," of a picture allegedly copyrighted by at least one of the Defendants.  Indeed, there are extensive misrepresentations therein as the threatened Complaint names Grecco Prod. as the plaintiff, but the referring documentation relied upon indicates that the purported copyrights are held by Grecco Photo.

10.      Because Golden's use of the allegedly copyrighted material in question is lawful under the statutory "fair use" doctrine set forth in the Copyright Act, 17 U.S.C. § 107, Golden brings this action to clarify the rights of the parties and to refute the defendant's assertions of copyright infringement.

**JURISDICTION AND VENUE**

11.    This Court has Subject Matter Jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 as the threats against Plaintiff allege violations of the Copyright Act.

12.    Venue is proper in this Judicial District under 28 U.S.C. § 1391 as a substantial part of the events or omissions giving rise to the claims herein are within this district as well as this district is Plaintiff's principal address.

13.    Further, Defendants have availed themselves of this Court's jurisdiction as a result of their substantial business throughout the United States, including in this district, by selling or licensing their allegedly copyrighted images via "gettyimages.com."

14.    Similarly, Defendants have availed themselves of this Court jurisdiction by directly reaching out to Plaintiff, on numerous occasions, to engage him in discussions, threats, and other conduct.

**FACTS**

15.    Golden is an indigent person in his mid-thirties, who lives with his elderly parents in Queens to help support them.

16.    As a hobby, and escape from the mundane, Golden contributes to the website "filmcombatsyndicate.com" where he makes original, blog-style commentary on pop-culture events.  This is not done for economic purposes, but solely personal entertainment.

17.    The "filmcombatsyndicate.com" website was started in February of 2013.

18.    Over the last five years, he has done his posting exclusively from his cell phone because he does not own, and cannot afford, a computer.

19.    Golden is, among other things, a fan of Xena: Warrior Princess, a television show

which aired in the late 1990s and into the beginning of this millennium and relates to certain fantasy characters.  The show is now in syndication.

20.      Golden wrote a post, in or about, August 2015, on the above referenced website, regarding a future, potential revival of said television show (the "Post") and included a photograph he had downloaded from the internet.  **Exhibit A**.  This was a follow-up to a post made the previous month.

21.      The photographs, Exhibit A, was found freely online and the way in which it discovered was without any form of attribution or ownership.

22.      While Golden posts many such articles relating to television shows and other entertainment, he makes no substantial income from these postings, ad sales, or any other source pertaining to this website.

23.      The Post, specifically, earned him zero dollars in ad sales.

24.      Sometime in February 2019, Golden received communications from Defendants counsel, accusing him of infringing a photograph, and threatening damages of up to $150,000.00, in addition to attorney's fees and costs, if he did not comply with certain demands.

25.      The undersigned, appearing as *pro bono* counsel as it does herein, reached out to Defendants' counsel and advised that the picture in question was taken down, that Mr. Golden's use is protected by the "fair use" doctrine, that he is indigent, and – presuming that he could be found liable for any violation of the Act – only minimal statutory damages of $200.00 would likely be awarded against Mr. Golden.

26.      The undersigned *pro bono* counsel submitted relevant ad sales reports from Mr. the website and offered to send Mr. Golden's tax returns as well.

27.      In response to the attempt to assuage Defendants' concerns, on April 29, 2019, the

undersigned counsel received an outrageous and extortionate demand in this matter, and a copy of a proposed lawsuit to be filed in the Central District of California.  **Exhibit B**.

28.     Mr. Golden does not personally conduct any business in the State of California, and to drag him into a case there is frivolous/. The clear intent is, knowing that Golden lacks the necessary resources to defend himself on the opposite side of the county, to force a default judgment and place him into irreparable harm.

### FAIR USE DOCTINE

29.     Pursuant to Section 107 of the Copyright Act, 17 U.S.C. § 107, certain uses of copyrighted works are authorized by law as "fair uses."

30.     In determining whether the use of a copyrighted work in any particular case is protected as fair use, the statutory factors to be considered include (1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes; (2) the nature of the copyrighted work; (3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and (4) the effect of the use upon the potential market for or value of the copyrighted work.  17 U.S.C. § 107.

31.     Golden's use of the photograph in question, in the context of a reference to a television series that may be rebooted, and not relating to the photograph itself, is permitted under the fair use doctrine and, therefore, does not infringe upon the Defendants' purported copyright.

32.     Golden's purpose was non-commercial and highly transformative, in that it was entirely different than Defendants' original purpose in creating the work.  Whereas Defendants original purpose was, presumably, for artistic and/or commercial purpose; Golden's purpose was solely for reference to a television show of which Defendants' apparently photographed a copyrighted and/or trademarked character, by and through an actresses' dressing in costume of

said character, and Golden did not obtain any profit from the illustrative use of the Photo on the Post.

33.     The nature of the original work is creative; however, because the photograph was apparently copyrighted in 2009 or 2010, could not have been taken after 2001 when the show ceased its current performance, Golden's limited use of the photograph did not compromise Defendants' rights to control the first appearance of the photograph. Indeed, within the compilation, there are photographs for characters and individuals from the late 1970's through early 1980's as well as ones from the late 1990's. Indeed, some of the individuals in the compilation had passed away (*e.g.* photographs of Sonny Bono who passed in January of 1998 though the copyright notice indicates that the work was created 11 years thereafter and was filed for copyright protection in July of 2010 or greater than 12 years thereafter).

34.     Similarly, Golden's use caused no market harm. His use of the photograph as a reference to an unrelated topic as the photograph is of Lucy Lawless, an actress, dressed as Xena, and the Post was not about her or the photograph, but was solely about the potential reboot of the show, the Post was not a market substitute for the Photograph nor did the Post cause any harm to any market for the Photograph.

35.     Similarly, the Photograph is one of many such photographs of Xena widely available online without attribution and, therefore, any market value has been substantially diminished by the widespread use of similar photographs as well as widespread use of the Photograph in general.

36.     Thus, even if Golden used the Photograph in the Post was an infringement, it was done in conformity of fair use principals.

**FIRST CAUSE OF ACTION**
**Declaratory Judgment**
**(28 U.S.C. §§ 2201, *et seq.*)**

37.     Plaintiff repeats and realleges the statements as set forth in the preceding paragraphs as if set forth in full herein.

38.     The Declaratory Judgment Act, 28 U.S.C. 2201, grants the Court the power to "declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought."

39.     The Plaintiff herein is threatened with litigation whereby the Defendants have accused him of willful violations of the Copyright Act, 17 U.S.C. 501, *et seq.*

40.     Plaintiff asserts that any use of a copyrighted photograph was unintentional or done pursuant to the fair use doctrine.

41.     The Plaintiff seeks the Court to declare the following:

   a.  Plaintiff did not violate Defendants' copyright as a result of the Fair Use Doctrine; and/or

   b.  Defendants' photograph has had its marketable value diminished long before the threatened infringement and, therefore, no damages have occurred as a result of any use by Plaintiff; and/or

   c.  Plaintiff is an innocent infringer consistent with the Copyright Act.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter judgment in their favor, and against the Defendants, jointly and severally as applicable, as follows:

A.  Entering a declaration that:

    a.  Plaintiff did not violate Defendants' copyright as a result of the Fair Use Doctrine; and/or

    b.  Defendants' photograph has had its marketable value diminished long before the threatened infringement and, therefore, no damages have occurred as a result of any use by Plaintiff; and/or

    c.  Plaintiff is an innocent infringer consistent with the Copyright Act.

B.  Award counsel fees and costs of suit;

C.  Award prejudgment and post-judgment interest; and

D.  Any other such relief as the Court deems just and appropriate.


Dated: May 27, 2019

                        Respectfully submitted,

                        s/ Yevgeny (Eugene) Strupinsky, Esq.
                        Yevgeny (Eugene) Strupinsky, Esq.

                        /s/ Joshua M. Lurie
                        Joshua M. Lurie, Esq.

                        Lurie|Strupinsky, LLP
                        15 Warren Street,
                        Suite 36 Hackensack, New Jersey 07601
                        Ph. 201-518-9999
                        estrupinsky@luriestrupinsky.com
                        jmlurie@luriestrupinsky.com

E
X
H
I
B
I
T

A

# EXHIBIT A



E
X
H
I
B
I
T

B

# EXHIBIT B

## Higbee & Associates
A NATIONAL LAW FIRM

April 29, 2019

**SENT VIA FIRST-CLASS MAIL**

Re: Michael Grecco Productions, Inc. - v. Lee Golden III d/b/a
filmcombatsyndicate.com - Our Case No. 521059

Dear Sir or Madam:

Higbee & Associates has been retained to represent Michael Grecco
Productions, Inc. in regards to 521059 copyright infringement under Title 17 of
the United States Code.

Lee Golden III d/b/a filmcombatsyndicate.com engaged in copyright
infringement when it posted our client's copyrighted image on its website
without a valid licensing agreement. We have attempted to settle this matter to
no avail. Please see the enclosed Complaint and Exhibits for further
information.

Our client is entitled to recover Statutory damages of up to $150,000 for each
infringement and may also recover **attorney fees and court costs**. See 17
U.S.C. §§ 504 & 505.

In an effort to keep costs down, our client is willing to accept a firm settlement
REDACTED This offer will
be open for fifteen (15) days from the date of this letter, after which our client
has instructed us to file the enclosed Complaint and seek damages to the full
extent of the law.

If you have questions you may contact us at (657) 229-6215 or (800) 716-
1245.

Sincerely,

Mathew K. Higbee
Attorney at Law
infringements@higbeeassociates.com

Enclosure(s)

Claim number: 521059

Mathew K. Higbee (SBN #241380)
mhigbee@higbeeassociates.com
LAW FIRM OF HIGBEE & ASSOCIATES
1504 Brookhollow Suite 112
Santa Ana, CA 92705
714-617-8350
714-597-6729 facsimile
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## DIVISION OF LOS ANGELES

| | |
|---|---|
| Michael Grecco Productions, Inc. | **CASE NO** |
| Plaintiff, | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |
| v: | **DEMAND FOR JURY TRIAL** |
| Lee Golden III d/b/a filmcombatsyndicate.com | |
| Defendant. | |

Plaintiff, Michael Grecco Productions, Inc., for their Complaint against Lee Golden III d/b/a filmcombatsyndicate.com, Defendant, alleges as follows:

### INTRODUCTION

1. Michael Grecco Productions, Inc. (hereinafter "Plaintiff"), by Plaintiff's attorneys, brings this action to challenge the actions of Lee Golden III d/b/a filmcombatsyndicate.com (hereinafter "Defendant"), with regard to the unlawful use of a copyrighted image (hereinafter "Image") owned by Plaintiff, and this conduct caused Plaintiff damages.

2. For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendant(s) named in this caption.

## JURISDICTION AND VENUE

3. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, whereby the Defendant violated Plaintiff's exclusive rights as copyright owner pursuant to 17 U.S.C.  § 106.

4. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

5. This Court has personal jurisdiction over Defendant because Defendant is a business entity incorporated in the State of California Defendant's acts of infringement complained of herein occurred in the State of California, and Defendant has caused injury to Plaintiff in his intellectual property within the State of California.

6. Venue is proper pursuant to 28 U.S.C. § 1391(b) because the Defendant resides in this judicial district and a substantial part of the events giving rise to Plaintiff's claim occurred in this judicial district.  Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant committed the acts of infringement and has a regular and established place of business in this judicial district.

## PARTIES

7. Plaintiff is a natural person  and is a professional photographer by trade.

8. Plaintiff is a "copyright owner" who holds "exclusive rights" to the "copyrighted work[s]" pursuant to 17 U.S.C. §§ 101 and 106.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a business entity operating in the City of Santa Monica, in the State of California, and conducted business within the City of Santa Monica, in the State of California.

10. Plaintiff is informed and believes, and thereon alleges, that Defendant unlawfully published Plaintiff's copyrighted works without Plaintiff's express or implied authority, by the method of a license.

## FACTUAL ALLEGATIONS

11. Plaintiff is informed and believes, and thereon alleges, that at all times relevant, Defendant was a business entity residing within the State of California.

12. Plaintiff is a well-known professional photographer. They sell or license their photographs to people and companies seeking to make use of the photographs for advertisements and pecuniary gain. Plaintiff's livelihood is dependent on receiving compensation for the photographs they produce.

13. Plaintiff took the original image, see Original Image(s) attached hereto as Exhibit A.

14. Plaintiff has ownership rights and copyrights to the Image(s).

15. Plaintiff has registered the Image(s) with the United States Copyright Office under registration number(s) VA 1-431-698, see Registration Certificate(s) attached hereto as Exhibit B.

16. Plaintiff did not consent to authorize, permit, or allow in any manner the use of the Image by Defendant.

17. Plaintiff is informed and believes that Defendant used Plaintiff's copyrighted works without their permission and that it published, communicated, benefited through, posted, publicized and otherwise held out to the public, the original and unique work of Plaintiff without Plaintiff's consent or authority.

18. Plaintiff is informed and believes that Defendant used the Image on Defendant's website from July 8, 2018 to February 12, 2019, see Screenshots of Defendant's use attached hereto as Exhibit C.

19. Defendant uses the Image to promote the Defendant's website.

20. Plaintiff did not consent to the use of their Image.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### Title 17 of the United States Code

21. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

22. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original materials and/or work.

23. Plaintiff is informed and believes and thereon alleges that said Defendant breached Title 17 of the U.S. Code in that it published, communicated, benefited through, posted, publicized, and otherwise held out to the public for

commercial benefit, the original and unique work of the Plaintiff's consent or authority and acquired monetary gain and market benefit as a result.

24. As a result of each and every Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b) or statutory damages in an amount up to $150,000.00 if willful or up to $30,000.00 if unintentional pursuant to 17 U.S.C. § 504.

25. As a result of the Defendant's violations of Title 17 of the U.S. code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C §505 from Defendant.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays that judgment be entered against Defendant
- Awarding statutory damages pursuant to 17 U.S.C. § 504(c) or actual damages pursuant to (504)(b).
- Awarding costs of litigation and reasonable attorney's fees, pursuant to 17 U.S.C. § 505;
- Enjoining the Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502(a); and
- Providing such other and further relief the Court deems just and proper under the circumstances.

**Dated:** _____

Respectfully submitted,

/s/ Mathew K. Higbee
Mathew K. Higbee, Esq.
CA License # 241380
HIGBEE & ASSOCIATES
1504 Brookhollow Dr, Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
FAX (714) 597-6729
*Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, Michael Grecco Productions, Inc., hereby demands a trial by jury in the above matter.

**Dated:** _____

Respectfully submitted,

/s/ Mathew K. Higbee
Mathew K. Higbee, Esq.
CA License # 241380
HIGBEE & ASSOCIATES
1504 Brookhollow Dr, Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
FAX (714) 597-6729
*Attorney for Plaintiff*

# EXHIBIT A1
## ORIGINAL IMAGE



# EXHIBIT B1

## Copyright Registration Certificate

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-431-698**

EFFECTIVE DATE OF REGISTRATION

July 7 2010

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**

Grecco Photo / Getty Published 2009 (See Form GR / PPh/CON)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

★ Group Registration/Published Photos – 1126 photos – 2/4/2009 – 10/26/2009

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in ___ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous? ☑ Yes ☐ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**Year In Which Creation of This Work Was Completed**
2009
This information must be given in all cases.
Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month 2/4/2009   Day 10/26/2009
★USA    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

See instructions before completing this space.

APPLICATION RECEIVED
3/26/14
ONE DEPOSIT RECEIVED
7/7/10   3/16/14
TWO DEPOSITS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

\* Amended by C.O. on authority of Michael Grecco
in phone call of 3/20/2014.

EXAMINED BY  _Wm_                     FORM VA

CHECKED BY

☒ CORRESPONDENCE                      FOR
      Yes                             COPYRIGHT
                                      OFFICE
                                      USE
                                      ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                          **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number  ( 310 ) 452-4461          Fax number  ( 310 ) 452-4462
Email   michael@michaelgrecco.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                    ☐ author
check only one ▶                    ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
                                    ☐ authorized agent of  Michael Grecco Photography, Inc.
                                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Grecco, President                                 Date   7/5/10

Handwritten signature (X) ▼
X

Certificate
will be
mailed in       Name ▼
window            Michael Grecco Photography, Inc.
envelope        Number/Street/Apt ▼
to this            1701 Pier Avenue
address:        City/State/ZIP ▼
                  Santa Monica, CA 90405

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



## Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA  1 – 431 – 698**

*VAu001431698*

EFFECTIVE DATE OF REGISTRATION

*July   7   2010*

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

3/26/14

Page ___3___ of ___11___ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**

*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Michael Grecco Photography, Inc.___

Name of Copyright Claimant ___Michael Grecco Photography, Inc.___

---

**B**

*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**1**
Title of Photograph ___Getty Archive Published Images 02/04/09___
Date of First Publication ___02/04/09___ Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___

**2**
Title of Photograph ___Getty Archive Published Images 02/09/09___
Date of First Publication ___02/09/09___ Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___

**3**
Title of Photograph ___Getty Archive Published Images 02/10/09___
Date of First Publication ___02/10/09___ Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___

**4**
Title of Photograph ___Getty Archive Published Images 02/12/09___
Date of First Publication ___02/12/09___ Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___

**5**
Title of Photograph ___Getty Archive Published Images 02/24/09___
Date of First Publication ___02/24/09___ Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___

| Number 6 | Title of Photograph | Getty Archive Published Images 02/25/09 | **B** |
|---|---|---|---|
| | Date of First Publication | 02/25/09    Nation of First Publication   USA | Registration for Group of Published Photographs (continued) |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com | |

| Number 7 | Title of Photograph | Getty Archive Published Images 03/25/09 |
|---|---|---|
| | Date of First Publication | 03/25/09    Nation of First Publication   USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com |

| Number 8 | Title of Photograph | Getty Archive Published Images 04/09/09 |
|---|---|---|
| | Date of First Publication | 04/09/09    Nation of First Publication   USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com |

| Number 9 | Title of Photograph | Getty Archive Published Images 04/20/09 |
|---|---|---|
| | Date of First Publication | 04/20/09    Nation of First Publication   USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com |

| Number 10 | Title of Photograph | Getty Archive Published Images 06/03/09 |
|---|---|---|
| | Date of First Publication | 06/03/09    Nation of First Publication   USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com |

| Number 11 | Title of Photograph | Getty Archive Published Images 06/16/09 |
|---|---|---|
| | Date of First Publication | 06/16/09    Nation of First Publication   USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com |

| Number 12 | Title of Photograph | Getty Archive Published Images 10/26/09 |
|---|---|---|
| | Date of First Publication | 10/26/09    Nation of First Publication   USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com |

| Number | Title of Photograph | |
|---|---|---|
| | Date of First Publication | Nation of First Publication |
| | Description of Photograph | |

| Number | Title of Photograph | |
|---|---|---|
| | Date of First Publication | Nation of First Publication |
| | Description of Photograph | |

| Number | Title of Photograph | |
|---|---|---|
| | Date of First Publication | Nation of First Publication |
| | Description of Photograph | |

| Certificate will be mailed in window envelope to this address: | Name ▼ Michael Grecco Photography, Inc. | **C** |
|---|---|---|
| | Number / Street / Apt ▼ 1701 Pier Avenue | |
| | City / State / Zip ▼ Santa Monica, CA 90405 | |

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

## Listing of "2009_Getty_Images_Published" (Page 1)

Form GR_PPh_CON_2009.pdf
Getty_Images_Published_02_04_09
Alexander_Jason_MGP_001.jpg
Alexander_Jason_MGP_002.jpg
Anderson_John_MGP_001.jpg
Anderson_John_MGP_002.jpg
Angel_Vanessa_MGP_002.jpg
Applegate_Christina_MCP_004.jpg
Arnold_Tom_MGP_001.jpg
Baker_Howard_MGP_001.jpg
Baker_Howard_MGP_002.jpg
Bakula_Scott_MGP_001.jpg
Bakula_Scott_MGP_002.jpg
Bergin_Patrick_MGP_001.jpg
Bergin_Patrick_MGP_002.jpg
Bernstein_Leonard_MGP_001.jpg
Bezos_Jeff_MGP_001.jpg
Bezos_Jeff_MGP_002.jpg
Blakey_Art_MGP_001.jpg
Blakey_Art_MGP_002.jpg
Blakey_Art_MGP_003.jpg
Bloodworth_Thomason_Linda_MGP_001.jpg
Bloodworth_Thomason_Linda_MGP_002.jpg
Bloodworth_Thomason_Linda_MGP_003.jpg
Bodett_Tom_MGP_001.jpg
Bonham_Tracy_MGP_001.jpg
Bonham_Tracy_MGP_002.jpg
Bow_Wow_Wow_MGP_001.jpg
Bow_Wow_Wow_MGP_002.jpg
Bow_Wow_Wow_MGP_003.jpg
Bow_Wow_Wow_MGP_004.jpg
Bow_Wow_Wow_MGP_005.jpg
Bow_Wow_Wow_MGP_006.jpg
Bow_Wow_Wow_MGP_007.jpg
Bowie_David_MGP_001.jpg
Bowie_David_MGP_002.jpg
Bowie_David_MGP_003.jpg
Bowie_David_MGP_004.jpg
Bowie_David_MGP_005.jpg
Branson_Richard_MGP_001.jpg
Branson_Richard_MGP_002.jpg
Bridges_Beau_MGP_001.jpg
Bridges_Beau_MGP_002.jpg
Brinkley_Christie_MGP_001.jpg
Brinkley_Christie_MGP_002.jpg
Brinkley_Christie_MGP_003.jpg
Brinkley_Christie_MGP_004.jpg
Bronson_Po_MGP_004.jpg
Brown_Charles_MGP_001.jpg
Brown_Charles_MGP_002.jpg
Brown_Downtown_Julie_MGP_001.jpg
Brown_Downtown_Julie_MGP_002.jpg
Browne_Roscoe_Lee_MGP_001.jpg
Browne_Roscoe_Lee_MGP_002.jpg
Burnett_Mark_MGP_001.jpg
Burnett_Mark_MGP_002.jpg
Burnett_Mark_MGP_003.jpg
Burton_Richard_MGP_001.jpg
Burton_Richard_MGP_002.jpg
Busey_Gary_MGP_001.jpg
Buss_Jerry_MGP_001.jpg
Buss_Jerry_MGP_002.jpg

Buss_Jerry_MGP_003.jpg
Buss_Jerry_MGP_004.jpg
Byrne_David_MGP_001.jpg
Byrne_David_MGP_002.jpg
Byrne_David_MGP_003.jpg
Byrne_David_MGP_004.jpg
Byrne_David_MGP_005.jpg
Cagney_James_MGP_001.jpg
Camp_Colleen_MGP_001.jpg
Camp_Colleen_MGP_002.jpg
Campbell_Tevin_MGP_001.jpg
Campbell_Tevin_MGP_002.jpg
Campbell_Tevin_MGP_003.jpg
Campbell_Tevin_MGP_004.jpg
Campbell_Tisha_MGP_001.jpg
Candy_John_MGP_001.jpg
Candy_John_MGP_002.jpg
Cheers_MGP_002.jpg
Cherry_Neneh_MGP_001.jpg
Cherry_Neneh_MGP_002.jpg
Clark_Dick_MGP_001.jpg
Clark_Dick_MGP_002.jpg
Cooper_Alice_MGP_001.jpg
Cooper_Alice_MGP_002.jpg
Corman_Roger_MGP_001.jpg
Corman_Roger_MGP_002.jpg
Getty_Images_Published_02_09_09
Cramps_The_MGP_001.jpg
Cramps_The_MGP_005.jpg
Cramps_The_MGP_006.jpg
Cramps_The_MGP_008.jpg
Cramps_The_MGP_009.jpg
Getty_Images_Published_02_10_09
Cramps_The_MGP_002.jpg
Cramps_The_MGP_003.jpg
Cramps_The_MGP_004.jpg
Cramps_The_MGP_007.jpg
D'Arby_Terrence_Trent_MGP_001.jpg
Dead_Kennedys_MGP_001.jpg
Dead_Kennedys_MGP_002.jpg
Dead_Kennedys_MGP_003.jpg
Dead_Kennedys_MGP_004.jpg
Dead_Kennedys_MGP_005.jpg
DeBarres_Pamela_MGP_001.jpg
DeBarres_Pamela_MGP_002.jpg
Diller_Barry_MGP_001.jpg
Diller_Barry_MGP_002.jpg
Dixon_Willie_MGP_001.jpg
Doobie_Brothers_MGP_001.jpg
Doobie_Brothers_MGP_002.jpg
Doobie_Brothers_MGP_003.jpg
Drudge_Matt_MGP_001.jpg
Drudge_Matt_MGP_002.jpg
Dukakis_Michael_MGP_001.jpg
Dukakis_Olympia_MGP_001.jpg
Dukakis_Olympia_MGP_002.jpg
Galbraith_John_Kenneth_MGP_001.jpg
Galbraith_John_Kenneth_MGP_002.jpg
Gehry_Frank_MGP_002.jpg
Gehry_Frank_MGP_003.jpg
Gibbons_Leeza_MGP_001.jpg
Gibbons_Leeza_MGP_002.jpg
Gibbons_Leeza_MGP_003.jpg

Glass_Phillip_MGP_001.jpg
Glass_Phillip_MGP_002.jpg
Glass_Phillip_MGP_003.jpg
Glass_Phillip_MGP_004.jpg
Goldwaith_Bobcat_MGP_001.jpg
Goldwaith_Bobcat_MGP_002.jpg
Graham_Bill_MGP_001.jpg
Graham_Bill_MGP_002.jpg
Green_Al_MGP_001.jpg
Green_Al_MGP_002.jpg
Gwynn_Tony_MGP_001.jpg
Gwynn_Tony_MGP_002.jpg
Gwynn_Tony_MGP_003.jpg
Gwynn_Tony_MGP_004.jpg
Gwynn_Tony_MGP_005.jpg
Gwynn_Tony_MGP_006.jpg
Hamil_Peter_MGP_001.jpg
Hamil_Peter_MGP_002.jpg
Hula_Hoop_MGP_001.jpg
Hula_Hoop_MGP_002.jpg
Hula_Hoop_MGP_003.jpg
Johnson_Arte_MGP_001.jpg
Johnson_Arte_MGP_002.jpg
Kemp_Jack_MGP_001.jpg
Kennedy_Compound_MGP_001.jpg
Kennedy_Compound_MGP_002.jpg
Kennedy_Compound_MGP_004.jpg
Kennedy_Compound_MGP_005.jpg
Kennedy_Compound_MGP_006.jpg
Kennedy_Ethel_MGP_001.jpg
Kennedy_Family_MGP_005.jpg
Kennedy_Family_MGP_006.jpg
Kennedy_Family_MGP_007.jpg
Kennedy_Family_MGP_008.jpg
Kennedy_Family_MGP_009.jpg
Kennedy_Family_MGP_010.jpg
Kennedy_Family_MGP_011.jpg
Kennedy_Family_MGP_012.jpg
Kennedy_Family_MGP_013.jpg
Kennedy_Family_MGP_014.jpg
Kennedy_Family_MGP_015.jpg
Kennedy_Family_MGP_016.jpg
Kennedy_Family_MGP_017.jpg
Kennedy_Family_MGP_018.jpg
Kennedy_Family_MGP_019.jpg
Kennedy_Family_MGP_024.jpg
Getty_Images_Published_02_12_09
Angel_Vanessa_MGP_001.jpg
Freidman_Bud_MGP_001.jpg
Freidman_Bud_MGP_002.jpg
Frewer_Matt_MGP_001.jpg
Frewer_Matt_MGP_002.jpg
Gehry_Frank_MGP_001.jpg
Human_League_MGP_001.jpg
Human_League_MGP_002.jpg
Kennedy_Family_MGP_002.jpg
Kennedy_Family_MGP_003.jpg
Kennedy_Family_MGP_004.jpg
Kennedy_Family_MGP_020.jpg
Kennedy_Family_MGP_021.jpg
Kennedy_Family_MGP_022.jpg
Kennedy_Family_MGP_023.jpg
Kennedy_Family_MGP_025.jpg

## Listing of "2009_Getty_Images_Published" (Page 2)

Kennedy_Family_MGP_026.jpg
Kennedy_Family_MGP_027.jpg
Kennedy_Family_MGP_028.jpg
Kennedy_Family_MGP_033.jpg
Kennedy_Family_MGP_034.jpg
Kennedy_Ted_MGP_002.jpg
Kennedy_Ted_MGP_006.jpg
Killing_Joke_MGP_001.jpg
Killing_Joke_MGP_002.jpg
Killing_Joke_MGP_003.jpg
Kinison_Sam_MGP_001.jpg
Kirkland_Sally_MGP_001.jpg
Klein_Robert_MGP_001.jpg
Klein_Robert_MGP_002.jpg
Klein_Robert_MGP_003.jpg
Little_Miss_America_MGP_001.jpg
Little_Miss_America_MGP_002.jpg
Little_Miss_America_MGP_003.jpg
Little_Miss_America_MGP_004.jpg
Little_Miss_America_MGP_005.jpg
Little_Miss_America_MGP_006.jpg
Lowe_Nick_MGP_001.jpg
Lowe_Nick_MGP_002.jpg
Lowe_Nick_MGP_003.jpg
Mancuso_Frank_MGP_001.jpg
Manoff_Dinah_MGP_001.jpg
Markoe_Merrill_MGP_001.jpg
Markoe_Merrill_MGP_002.jpg
Marsalis_Branford_MGP_001.jpg
Marsalis_Branford_MGP_002.jpg
Marshall_Garry_MGP_001.jpg
Marshall_Garry_MGP_002.jpg
McFerrin_Bobby_MGP_001.jpg
McFerrin_Bobby_MGP_002.jpg
Metheny_Pat_MGP_002.jpg
Metheny_Pat_MGP_003.jpg
Mitchelson_Marvin_MGP_001.jpg
Mitchelson_Marvin_MGP_002.jpg
Mitchelson_Marvin_MGP_003.jpg
Morse_Robert_MGP_001.jpg
Morse_Robert_MGP_002.jpg
Morton_Peter_MGP_001.jpg
Palminteri_Chazz_MGP_001.jpg
Palminteri_Chazz_MGP_002.jpg
Palminteri_Chazz_MGP_003.jpg
Reed_Lou_MGP_001.jpg
Reed_Lou_MGP_002.jpg
Rollins_Sonny_MGP_001.jpg
Rollins_Sonny_MGP_002.jpg
Rollins_Sonny_MGP_003.jpg
Rollins_Sonny_MGP_004.jpg
Rollins_Sonny_MGP_005.jpg
Russo_Rene_MGP_001.jpg
Russo_Rene_MGP_002.jpg
Ryan_Jeri_MGP_001.jpg
Ryan_Jeri_MGP_002.jpg
Ryan_Jeri_MGP_003.jpg
Ryan_Jeri_MGP_004.jpg
Saget_Bob_MGP_001.jpg
Savage_Fred_MGP_001.jpg
Savage_Fred_MGP_002.jpg
Savage_Fred_MGP_003.jpg

Schwimmer_David_MGP_002.jpg
Specials_The_MGP_001.jpg
Topless_Beachgoers_MGP_001.jpg
Topless_Beachgoers_MGP_002.jpg
Wolf_Dick_MGP_001.jpg
Wonder_Stevie_MGP_001.jpg
Wonder_Stevie_MGP_002.jpg
Wonder_Stevie_MGP_003.jpg
Getty_Images_Published_02_24_09
Abdul_Jabar_Kareem_MGP_001.jpg
Abdul_Jabar_Kareem_MGP_002.jpg
Ade_King_Sunny_MGP_001.jpg
Ade_King_Sunny_MGP_002.jpg
Ade_King_Sunny_MGP_003.jpg
Allen_Tim_MGP_001.jpg
Alzado_Lyle_MGP_001.jpg
Alzado_Lyle_MGP_002.jpg
Alzado_Lyle_MGP_003.jpg
Americas_Funniest_Videos_MGP_001.jpg
Americas_Funniest_Videos_MGP_002.jpg
Anderson_Pamela_MGP_001.jpg
Anderson_Pamela_MGP_002.jpg
Anderson_Pamela_MGP_003.jpg
Andrews_Julie_MGP_002.jpg
Anti_Neutron_Bomb_MGP_001.jpg
Anti_Neutron_Bomb_MGP_002.jpg
Anti_Neutron_Bomb_MGP_003.jpg
Anti_Neutron_Bomb_MGP_004.jpg
Anti_Neutron_Bomb_MGP_005.jpg
Anti_Neutron_Bomb_MGP_006.jpg
Archer_Army_MGP_001.jpg
Archer_Army_MGP_002.jpg
Autry_Gene_MGP_001.jpg
Autry_Gene_MGP_002.jpg
B52s_MGP_001.jpg
B52s_MGP_002.jpg
B52s_MGP_003.jpg
Bach_Catherine_MGP_001.jpg
Baez_Joan_MGP_001.jpg
Baez_Joan_MGP_002.jpg
Baker_Rick_MGP_001.jpg
Baldwin_Adam_MGP_001.jpg
Baldwin_Adam_MGP_002.jpg
Ballmer_Steve_MGP_001.jpg
Ballmer_Steve_MGP_002.jpg
Ballmer_Steve_MGP_003.jpg
Ballmer_Steve_MGP_004.jpg
Barr_Roseanne_MGP_001.jpg
Barr_Roseanne_MGP_002.jpg
Barr_Roseanne_MGP_003.jpg
Barrymore_Drew_MGP_001.jpg
Barrymore_Drew_MGP_002.jpg
Barrymore_Drew_MGP_003.jpg
Bateman_Justine_MGP_001.jpg
Bateman_Justine_MGP_002.jpg
Belushi_Jim_MGP_001.jpg
Belushi_Jim_MGP_002.jpg
Belushi_Jim_MGP_003.jpg
Breast_Pump_MGP_001.jpg
Bronson_Harold_MGP_001.jpg
Bronson_Harold_MGP_002.jpg
Bronson_Harold_MGP_003.jpg
Brooks_Mel_MGP_001.jpg

Brooks_Mel_MGP_002.jpg
Brooks_Mel_MGP_003.jpg
Brooks_Mel_MGP_004.jpg
Cash_Johnny_MGP_001.jpg
Cash_Johnny_MGP_002.jpg
Connery_Sean_MGP_001.jpg
Connery_Sean_MGP_002.jpg
Crystal_Billy_MGP_001.jpg
DiCaprio_Leonardo_MGP_001.jpg
DiCaprio_Leonardo_MGP_002.jpg
DiCaprio_Leonardo_MGP_003.jpg
DiCaprio_Leonardo_MGP_004.jpg
DiCaprio_Leonardo_MGP_005.jpg
DiCaprio_Leonardo_MGP_006.jpg
DiCaprio_Leonardo_MGP_007.jpg
Federal_Housing_MGP_001.jpg
Federal_Housing_MGP_002.jpg
Fishborne_Lawrence_MGP_001.jpg
Fishborne_Lawrence_MGP_002.jpg
Fishborne_Lawrence_MGP_003.jpg
Fox_Vivica_MGP_001.jpg
Fox_Vivica_MGP_002.jpg
Fox_Vivica_MGP_003.jpg
Fox_Vivica_MGP_004.jpg
Glenn_Sen_John_MGP_001.jpg
Glenn_Sen_John_MGP_002.jpg
Glenn_Sen_John_MGP_003.jpg
Glenn_Sen_John_MGP_004.jpg
Li_Jet_MGP_001.jpg
Li_Jet_MGP_002.jpg
Li_Jet_MGP_003.jpg
Li_Jet_MGP_004.jpg
Li_Jet_MGP_005.jpg
Sepultura_MGP_001.jpg
Sepultura_MGP_002.jpg
Sepultura_MGP_003.jpg
Sepultura_MGP_004.jpg
Sepultura_MGP_005.jpg
Getty_Images_Published_02_25_09
Arthur_Bea_MGP_001.jpg
Bangles_The_MGP_001.jpg
Bangles_The_MGP_002.jpg
Bernhard_Sandra_MGP_001.jpg
Bernhard_Sandra_MGP_002.jpg
Bernhard_Sandra_MGP_003.jpg
Ferraro_Geraldine_MGP_001.jpg
Ferraro_Geraldine_MGP_002.jpg
Ferraro_Geraldine_MGP_003.jpg
Ferraro_Geraldine_MGP_004.jpg
Ferraro_Geraldine_MGP_005.jpg
Ferraro_Geraldine_MGP_006.jpg
Garcia_Andy_MGP_001.jpg
Garcia_Andy_MGP_002.jpg
Garcia_Andy_MGP_003.jpg
Garcia_Andy_MGP_004.jpg
Geldof_Bob_MGP_001.jpg
Geldof_Bob_MGP_002.jpg
Hart_Cary_MGP_001.jpg
Hart_Cary_MGP_002.jpg
Hart_Cary_MGP_003.jpg
Hart_Cary_MGP_004.jpg
Hendrix_Nona_MGP_001.jpg
Hendrix_Nona_MGP_002.jpg

## Listing of "2009_Getty_Images_Published" (Page 3)

Hooks_Jan_MGP_001.jpg
Hooks_Jan_MGP_002.jpg
Jennings_Peter_MGP_001.jpg
Jennings_Peter_MGP_002.jpg
Jett_Joan_MGP_001.jpg
Jett_Joan_MGP_002.jpg
Jett_Joan_MGP_003.jpg
Kennedy_David_MGP_001.jpg
Kennedy_David_MGP_002.jpg
Kennedy_Ted_MGP_001.jpg
Kennedy_Ted_MGP_005.jpg
Kennedy_Ted_MGP_007.jpg
Liu_Lucy_MGP_004.jpg
Loan_Applications_MGP_001.jpg
Loan_Applications_MGP_002.jpg
Lone_Justice_MGP_001.jpg
Lone_Justice_MGP_002.jpg
Lone_Justice_MGP_003.jpg
Long_Ryders_MGP_001.jpg
Long_Ryders_MGP_002.jpg
Lydon_John_MGP_001.jpg
Lydon_John_MGP_002.jpg
Lydon_John_MGP_003.jpg
Lydon_John_MGP_004.jpg
Madness_MGP_001.jpg
Madness_MGP_002.jpg
Madness_MGP_003.jpg
Madness_MGP_004.jpg
Madness_MGP_005.jpg
Mann_Aimee_MGP_001.jpg
Mann_Aimee_MGP_002.jpg
Mann_Aimee_MGP_003.jpg
Mann_Aimee_MGP_004.jpg
Mann_Aimee_MGP_005.jpg
Mann_Aimee_MGP_006.jpg
Mann_Aimee_MGP_007.jpg
Mann_Aimee_MGP_008.jpg
Mann_Aimee_MGP_009.jpg
Mann_Aimee_MGP_010.jpg
Marin_Cheech_MGP_001.jpg
McGovern_George_MGP_001.jpg
McGovern_George_MGP_002.jpg
McNall_Bruce_MGP_001.jpg
McNall_Bruce_MGP_002.jpg
Michael_George_MGP_001.jpg
Michael_George_MGP_002.jpg
Motels_The_MGP_001.jpg
Motels_The_MGP_002.jpg
Motley_Crew_MGP_001.jpg
Motley_Crew_MGP_002.jpg
Murdoch_Rupert_MGP_001.jpg
Murdoch_Rupert_MGP_002.jpg
Murdoch_Rupert_MGP_003.jpg
Navratilova_Martina_MGP_001.jpg
Oldman_Gary_MGP_001.jpg
Oldman_Gary_MGP_002.jpg
Oldman_Gary_MGP_003.jpg
Olson_KT_MGP_001.jpg
Olson_KT_MGP_002.jpg
Phillips_Lou_Diamond_MGP_001.jpg
Phillips_Lou_Diamond_MGP_002.jpg
Poitier_Sidney_MGP_001.jpg

Poitier_Sidney_MGP_002.jpg
Sheen_Martin_MGP_001.jpg
Sheen_Martin_MGP_002.jpg
Sheen_Martin_MGP_003.jpg
Sheen_Martin_MGP_004.jpg
Thomas_Isiah_MGP_001.jpg
Thomas_Isiah_MGP_002.jpg
Unemployment_MGP_001.jpg
Unemployment_MGP_002.jpg
Getty_Images_Published_03_25_09
Anderson_Louie_MGP_001.jpg
Avery_James_MGP_001.jpg
Bologna_Joe_MGP_001.jpg
Brown_Julie_MGP_002.jpg
Brown_Julie_MGP_003.jpg
Coles_Kim_MGP_001.jpg
Jackson_Victoria_MGP_001.jpg
Jackson_Victoria_MGP_002.jpg
Johnson_Beverly_MGP_001.jpg
Johnson_Beverly_MGP_002.jpg
Kennedy_Family_MGP_001.jpg
Kennedy_Family_MGP_035.jpg
Kennedy_Jacqueline_MGP_001.jpg
Kennedy_Jacqueline_MGP_002.jpg
OConnor_Sinead_MGP_001.jpg
OConnor_Sinead_MGP_002.jpg
Ono_Yoko_MGP_001.jpg
Pacman_MGP_001.jpg
Pacman_MGP_002.jpg
Palmer_Robert_MGP_001.jpg
Palmer_Robert_MGP_002.jpg
Palmer_Robert_MGP_003.jpg
Penn_and_Teller_MGP_001.jpg
Penn_and_Teller_MGP_002.jpg
Phillips_Emo_MGP_001.jpg
Piazza_Mike_MGP_001.jpg
Piazza_Mike_MGP_002.jpg
Piazza_Mike_MGP_003.jpg
Rally_ERA_MGP_001.jpg
Rally_ERA_MGP_002.jpg
Reagan_Ronald_MGP_001.jpg
Reagan_Ronald_MGP_002.jpg
Reagan_Ronald_MGP_003.jpg
Reagan_Ronald_MGP_004.jpg
Redford_Robert_MGP_001.jpg
Redford_Robert_MGP_002.jpg
Ronstadt_Linda_MGP_002.jpg
Ronstadt_Linda_MGP_003.jpg
Selleck_Tom_MGP_001.jpg
Selleck_Tom_MGP_002.jpg
Seymour_Jane_MGP_001.jpg
Seymour_Jane_MGP_002.jpg
Springstein_Bruce_MGP_001.jpg
Springstein_Bruce_MGP_002.jpg
Stewart_Patrick_MGP_001.jpg
Stewart_Patrick_MGP_002.jpg
Summer_Donna_MGP_001.jpg
Summer_Donna_MGP_002.jpg
Tarantino_Quentin_MGP_001.jpg
Tarantino_Quentin_MGP_002.jpg
Tarantino_Quentin_MGP_003.jpg
The_X-Files_MGP_001.jpg
The_X-Files_MGP_002.jpg

The_X-Files_MGP_003.jpg
The_X-Files_MGP_004.jpg
The_X-Files_MGP_005.jpg
The_X-Files_MGP_006.jpg
The_X-Files_MGP_008.jpg
Thirtysomething_MGP_001.jpg
Thirtysomething_MGP_002.jpg
Thornton_Billy_Bob_MGP_001.jpg
Thornton_Billy_Bob_MGP_002.jpg
Travis_Randy_MGP_001.jpg
Vega_Suzanne_MGP_001.jpg
Vega_Suzanne_MGP_002.jpg
Venti_Mark_MGP_001.jpg
Venti_Mark_MGP_002.jpg
Venti_Mark_MGP_003.jpg
Vonnegut_Kurt_MGP_001.jpg
Wayans_Keenan_Ivory_MGP_001.jpg
Webber_Steve_MGP_001.jpg
Webber_Steve_MGP_002.jpg
White_Vanna_MGP_001.jpg
Williams_John_MGP_001.jpg
Williams_John_MGP_002.jpg
Williams_John_MGP_003.jpg
Williams_John_MGP_004.jpg
Williams_Vanessa_MGP_001.jpg
Williams_Vanessa_MGP_002.jpg
Williams_Vanessa_MGP_003.jpg
Wonder_Years_The_MGP_001.jpg
Woods_James_MGP_001.jpg
Zappa_Frank_MGP_001.jpg
Zappa_Frank_MGP_002.jpg
Zappa_Frank_MGP_003.jpg
Getty_Images_Published_04_09_09
Andrews_Julie_MGP_001.jpg
Berle_Milton_MGP_001.jpg
Burke_Tom_MGP_001.jpg
Burke_Tom_MGP_002.jpg
Golden_Globe_Awards_MGP_001.jpg
Golden_Globe_Awards_MGP_002.jpg
Golden_Globe_Awards_MGP_003.jpg
Hart_Mary_MGP_001.jpg
Hart_Mary_MGP_002.jpg
Hartman_Phil_MGP_001.jpg
Hartman_Phil_MGP_002.jpg
Harvard_Ragata_MGP_001.jpg
Harvard_Ragata_MGP_002.jpg
Honduras_MGP_001.jpg
Honduras_MGP_002.jpg
Honduras_MGP_003.jpg
Honduras_MGP_004.jpg
Human_Sexual_Response_MGP_001.jpg
Human_Sexual_Response_MGP_002.jpg
Human_Sexual_Response_MGP_003.jpg
Human_Sexual_Response_MGP_004.jpg
Kennedy_Ted_MGP_003.jpg
Landau_Martin_MGP_001.jpg
Landau_Martin_MGP_002.jpg
Landau_Martin_MGP_003.jpg
Lemmon_Jack_MGP_001.jpg
Lemmon_Jack_MGP_002.jpg
Leoni_Tea_MGP_001.jpg
Leoni_Tea_MGP_002.jpg
Lisa_Lisa_Cult_Jam_MGP_001.jpg

## Listing of "2009_Getty_Images_Published" (Page 4)

MC_Young_MGP_001.jpg
MC_Young_MGP_002.jpg
Moe_Dee_Kool_MGP_001.jpg
Moe_Dee_Kool_MGP_002.jpg
ONeill_Tip_MGP_001.jpg
Priestly_Jason_MGP_001.jpg
Priestly_Jason_MGP_002.jpg
Priestly_Jason_MGP_003.jpg
Priestly_Jason_MGP_004.jpg
Priestly_Jason_MGP_005.jpg
Ronstadt_Linda_MGP_001.jpg
Rydell_Mark_MGP_001.jpg
Rydell_Mark_MGP_002.jpg
Saint_Eva_Marie_MGP_001.jpg
Saldana_Teresa_MGP_001.jpg
Seinfeld_Jerry_MGP_001.jpg
Seinfeld_Jerry_MGP_002.jpg
Seinfeld_Jerry_MGP_003.jpg
Seinfeld_Jerry_MGP_004.jpg
Sex_Pistols_MGP_001.jpg
Sex_Pistols_MGP_002.jpg
Shriver_Maria_MGP_001.jpg
Simon_Paul_MGP_001.jpg
Simon_Paul_MGP_002.jpg
Simon_Paul_MGP_003.jpg
Singleton_John_MGP_001.jpg
Spelling_Tori_MGP_001.jpg
Springer_Jerry_MGP_001.jpg
Springer_Jerry_MGP_002.jpg
Starks_John_MGP_001.jpg
Starks_John_MGP_002.jpg
Steinfeld_Jake_MGP_001.jpg
Take_6_MGP_001.jpg
Tartikoff_Brandon_MGP_001.jpg
The_Fat_Boys_MGP_001.jpg
Tolken_Michael_MGP_001.jpg
Tolken_Michael_MGP_002.jpg
Tucci_Stanley_MGP_001.jpg
Tucci_Stanley_MGP_002.jpg
Tweed_Shannon_MGP_001.jpg
Visnjic_Goran_MGP_001.jpg
Visnjic_Goran_MGP_002.jpg
Visnjic_Goran_MGP_003.jpg
Visnjic_Goran_MGP_004.jpg
Ward_Fred_MGP_001.jpg
Ward_Fred_MGP_002.jpg
Waronker_Larry_MGP_001.jpg
Waronker_Larry_MGP_002.jpg
Wuhl_Robert_MGP_001.jpg
Wuhl_Robert_MGP_002.jpg
Xena_MGP_001.jpg
Xena_MGP_002.jpg
Xena_MGP_003.jpg
Getty_Images_Published_04_20_09
Bono_Sonny_MGP_001.jpg
Bono_Sonny_MGP_002.jpg
Bono_Sonny_MGP_003.jpg
Bono_Sonny_MGP_004.jpg
Branagh_Kenneth_MGP_001.jpg
Branagh_Kenneth_MGP_002.jpg
Branagh_Kenneth_MGP_003.jpg
Brosnan_Pierce_MGP_001.jpg

Brosnan_Pierce_MGP_002.jpg
Brosnan_Pierce_MGP_003.jpg
Brosnan_Pierce_MGP_004.jpg
Brosnan_Pierce_MGP_005.jpg
Burrows_James_MGP_001.jpg
Burrows_James_MGP_002.jpg
Burrows_James_MGP_003.jpg
Carew_Rod_MGP_001.jpg
Carew_Rod_MGP_002.jpg
Carew_Rod_MGP_003.jpg
Cassidy_Shawn_MGP_001.jpg
Cassidy_Shawn_MGP_002.jpg
Cassidy_Shawn_MGP_003.jpg
Chang_Michael_MGP_001.jpg
Chang_Michael_MGP_002.jpg
Chase_Chevy_MGP_001.jpg
Chase_Chevy_MGP_002.jpg
Chase_Chevy_MGP_003.jpg
Child_Julia_MGP_001.jpg
Child_Julia_MGP_002.jpg
Chopra_Deepak_MGP_001.jpg
Chopra_Deepak_MGP_002.jpg
Chopra_Deepak_MGP_003.jpg
Chopra_Deepak_MGP_004.jpg
Chopra_Deepak_MGP_005.jpg
Chopra_Deepak_MGP_006.jpg
Chrichton_Michael_MGP_001.jpg
Close_Glen_MGP_001.jpg
Close_Glen_MGP_002.jpg
Close_Glen_MGP_003.jpg
Connely_Jennifer_MGP_001.jpg
Connely_Jennifer_MGP_002.jpg
Cornfeld_Bernard_MGP_001.jpg
Cornfeld_Bernard_MGP_002.jpg
Davidson_Tommy_MGP_001.jpg
Davidson_Tommy_MGP_002.jpg
Deukmajian_George_MGP_001.jpg
Deukmajian_George_MGP_002.jpg
Disney_Roy_MGP_001.jpg
Disney_Roy_MGP_002.jpg
Disney_Roy_MGP_003.jpg
Dukakis_Kitty_MGP_001.jpg
Dukakis_Kitty_MGP_002.jpg
Dysart_Richard_MGP_001.jpg
Dysart_Richard_MGP_002.jpg
Education_Learning_English_MGP_001.jpg
Education_Learning_English_MGP_002.jpg
EnVogue_MGP_0011.jpg
EnVogue_MGP_002.jpg
EnVogue_MGP_003.jpg
EnVogue_MGP_004.jpg
EnVogue_MGP_005.jpg
EnVogue_MGP_006.jpg
EnVogue_MGP_007.jpg
EnVogue_MGP_009.jpg
EnVogue_MGP_010.jpg
Fabulous_Thunderbirds_MGP_001.jpg
Fabulous_Thunderbirds_MGP_002.jpg
Farley_Chris_MGP_001.jpg
Farley_Chris_MGP_002.jpg
Flutie_Doug_MGP_001.jpg
Flutie_Doug_MGP_002.jpg
Flynn_Ray_MGP_001.jpg

Flynn_Ray_MGP_002.jpg
Ford_Gerald_MGP_001.jpg
Ford_Gerald_MGP_002.jpg
Frank_Barney_MGP_001.jpg
Frank_Barney_MGP_002.jpg
Fur_Coats_MGP_001.jpg
Fur_Coats_MGP_002.jpg
Garofalo_Janeane_MGP_001.jpg
Garofalo_Janeane_MGP_002.jpg
Glaser_Elizabeth_MGP_001.jpg
Glaser_Elizabeth_MGP_002.jpg
Goldberg_Adam_MGP_002.jpg
Huizenga_Wayne_MGP_001.jpg
Huizenga_Wayne_MGP_002.jpg
Jennings_Waylon_MGP_001.jpg
Jennings_Waylon_MGP_002.jpg
Jennings_Waylon_MGP_003.jpg
Johnson_Michael_MGP_002.jpg
Krantz_Judith_MGP_001.jpg
Krantz_Judith_MGP_002.jpg
Kushner_Tony_MGP_001.jpg
Kushner_Tony_MGP_002.jpg
Lane_Diane_MGP_001.jpg
Lane_Diane_MGP_002.jpg
Lane_Diane_MGP_003.jpg
Lawrence_Martin_MGP_001.jpg
Lawrence_Martin_MGP_002.jpg
Lawrence_Martin_MGP_003.jpg
Lawrence_Martin_MGP_004.jpg
Lawrence_Sharon_MGP_001.jpg
Lawrence_Sharon_MGP_002.jpg
Lear_Norman_MGP_001.jpg
Lear_Norman_MGP_002.jpg
Midler_Bette_MGP_001.jpg
Midler_Bette_MGP_002.jpg
Miller_Johnathan_MGP_001.jpg
Miller_Johnathan_MGP_002.jpg
Miller_Johnathan_MGP_003.jpg
Mirren_Helen_MGP_001.jpg
Mirren_Helen_MGP_002.jpg
Mirren_Helen_MGP_003.jpg
Mirren_Helen_MGP_004.jpg
Mirren_Helen_MGP_005.jpg
Olson_MaryKate_Ashley_MGP_001.jpg
Olson_MaryKate_Ashley_MGP_002.jpg
Olson_MaryKate_Ashley_MGP_003.jpg
Olson_MaryKate_Ashley_MGP_004.jpg
Olson_MaryKate_Ashley_MGP_005.jpg
Olson_MaryKate_Ashley_MGP_006.jpg
Parker_Fess_MGP_001.jpg
Pinsky_Drew_MGP_001.jpg
Rafelson_Bob_MGP_001.jpg
Rafelson_Bob_MGP_002.jpg
Reagan_Mike_MGP_001.jpg
Reagan_Mike_MGP_002.jpg
Reese_Della_MGP_001.jpg
Reese_Della_MGP_002.jpg
Remini_Leah_MGP_001.jpg
Remini_Leah_MGP_002.jpg
Remini_Leah_MGP_003.jpg
Remini_Leah_MGP_004.jpg
Ross_Charlotte_MGP_001.jpg
Ross_Charlotte_MGP_002.jpg

## Listing of "2009_Getty_Images_Published" (Page 5)

Wilson_Brian_MGP_001.jpg
Wilson_Brian_MGP_002.jpg
Wilson_Brian_MGP_003.jpg
Wilson_Mary_MGP_001.jpg
Wilson_Mary_MGP_003.jpg
Yoakam_Dwight_MGP_001.jpg
Yoakam_Dwight_MGP_002.jpg
Yoakam_Dwight_MGP_003.jpg
Yoakam_Dwight_MGP_004.jpg
Yoakam_Dwight_MGP_005.jpg
Getty_Images_Published_06_03_09
Adamson_Stuart_MGP_001.jpg
Alda_Alan_MGP_001.jpg
Alda_Alan_MGP_002.jpg
Alda_Alan_MGP_003.jpg
Allen_Chad_MGP_001.jpg
And_The_Band_Played_On_MGP_001.jpg
Andreessen_Marc_MGP_001.jpg
Andreessen_Marc_MGP_003.jpg
Applegate_Christina_MGP_002.jpg
Arnold_Tom_MGP_003.jpg
Ashworth_John_MGP_001.jpg
Ashworth_John_MGP_002.jpg
Ashworth_John_MGP_005.jpg
Ashworth_John_MGP_006.jpg
Baker_Dusty_MGP_001.jpg
Baker_Dusty_MGP_002.jpg
Bakula_Scott_MGP_001.jpg
Bakula_Scott_MGP_002.jpg
Barker_Clive_MGP_001.jpg
Barker_Clive_MGP_002.jpg
Beard_Amanda_MGP_001.jpg
Beard_Amanda_MGP_002.jpg
Beard_Amanda_MGP_003.jpg
Boone_Pat_001_MGP.jpg
Boone_Pat_002_MGP.jpg
Buckingham_Jane_MGP_001.jpg
Bush_George_MGP_001.jpg
Bush_George_MGP_002.jpg
Bush_George_MGP_003.jpg
Bush_George_MGP_004.jpg
Bush_George_MGP_005.jpg
Bush_George_MGP_006.jpg
Bush_George_MGP_007.jpg
Bush_George_MGP_008.jpg
Bush_George_MGP_009.jpg
Caan_James_MGP_006.jpg
Carter_Jimmy_MGP_001.jpg
Carter_Jimmy_MGP_002.jpg
Carter_Jimmy_MGP_003.jpg
Carter_Jimmy_MGP_004.jpg
DynCorp_MGP_001.jpg
DynCorp_MGP_002.jpg
Fairchild_Morgan_MGP_001.jpg
Fairchild_Morgan_MGP_002.jpg
Farley_Chris_MGP_003.jpg
Farley_Chris_MGP_004.jpg
Grammer_Kelsey_MGP_001.jpg
Grammer_Kelsey_MGP_002.jpg
Grammys_MGP_002.jpg
Haggis_Paul_MGP_001.jpg
Haggis_Paul_MGP_002.jpg

Hagler_Marvin_MGP_001.jpg
Hagler_Marvin_MGP_002.jpg
Haim_Corey_MGP_001.jpg
Haim_Corey_MGP_002.jpg
Haim_Corey_MGP_003.jpg
Hamlisch_Marvin_MGP_001.jpg
Hamlisch_Marvin_MGP_002.jpg
Hannah_Daryl_MGP_001.jpg
Hannah_Daryl_MGP_002.jpg
Kennedy_Family_MGP_036.jpg
Kennedy_Family_MGP_037.jpg
Kennedy_Family_MGP_038.jpg
Kennedy_Joan_MGP_001.jpg
Kennedy_Joan_MGP_002.jpg
Kennedy_Joan_MGP_003.jpg
Kennedy_John_Jr_MGP_001.jpg
Koontz_Dean_MGP_001.jpg
Koontz_Dean_MGP_002.jpg
Lawrence_Sharon_MGP_003.jpg
Level_One_Annual_MGP_001.jpg
Level_One_Annual_MGP_002.jpg
McKellan_Sitlan_MGP_001.jpg
Moe_Tommy_MGP_001.jpg
Moe_Tommy_MGP_002.jpg
Monheit_Jane_MGP_001.jpg
Montgomery_Tim_MGP_002.jpg
Nightlife_Heavy_Metal_MGP_001.jpg
Nightlife_Heavy_Metal_MGP_002.jpg
NWA_MGP_001.jpg
Selleck_Tom_MGP_001.jpg
Tomlin_Lily_MGP_001.jpg
Von_Bulow_Claus_MGP_001.jpg
Von_Bulow_Claus_MGP_002.jpg
Wilder_Billy_MGP_001.jpg
Wuhl_Robert_MGP_002.jpg
Getty_Images_Published_06_16_09
Abortion_Story_MGP_001.jpg
Abortion_Story_MGP_002.jpg
AIDS_MGP_001.jpg
AIDS_MGP_002.jpg
AIDS_MGP_003.jpg
AIDS_MGP_004.jpg
AIDS_MGP_005.jpg
Alexander_Jason_MGP_003.jpg
Archer_Army_MGP_003.jpg
Arnold_Tom_MGP_003.jpg
Bernstein_Leonard_MGP_002.jpg
Bertolucci_Bernardo_MGP_001.jpg
Chen_Joan_MGP_001.jpg
Cher_MGP_003.jpg
Cher_MGP_005.jpg
Cher_MGP_006.jpg
Cole_Natalie_MGP_003.jpg
Cole_Natalie_MGP_004.jpg
Costanza_George_MGP_001.jpg
DArbanville_Patty_MGP_001.jpg
Depeche_Mode_MGP_001.jpg
Depeche_Mode_MGP_002.jpg
DiceClay_Andrew_MGP_001.jpg
Donahoe_Amanda_MGP_001 (1).jpg
Donahoe_Amanda_MGP_001.jpg
Durning_Charles_MGP_001.jpg
Evening_At_The_Improv_MGP_002.jpg

Evening_At_The_Improv_MGP_003.jpg
Evening_At_The_Improv_MGP_005.jpg
Fairchild_Morgan_MGP_001.jpg
Fairchild_Morgan_MGP_002.jpg
Falk_Peter_MGP_001.jpg
Falk_Peter_MGP_002.jpg
Fitzgerald_Ella_MGP_001.jpg
Fitzgerald_Ella_MGP_002.jpg
Fitzgerald_Ella_MGP_003.jpg
Glaser_Elizabeth_MGP_001.jpg
Glaser_Elizabeth_MGP_002.jpg
Goldberg_Adam_MGP_001.jpg
Goldberg_Adam_MGP_002.jpg
Grammys_MGP_001.jpg
Hasslehoff_David_MGP_001.jpg
Hasslehoff_David_MGP_002.jpg
Hasslehoff_David_MGP_003.jpg
Jennings_Waylon_MGP_001.jpg
Jennings_Waylon_MGP_002.jpg
Jennings_Waylon_MGP_003.jpg
Jones_Quincy_MGP_003.jpg
Jones_Quincy_MGP_004.jpg
Jones_Quincy_MGP_006.jpg
Jones_Quincy_MGP_008.jpg
Lane_Diane_MGP_001.jpg
Lane_Diane_MGP_002.jpg
Lane_Diane_MGP_003.jpg
Lasseter_John_MGP_001.jpg
Lasseter_John_MGP_002.jpg
Leary_Timothy_MGP_001.jpg
Leary_Timothy_MGP_002.jpg
Leary_Timothy_MGP_003.jpg
LeBlanc_Matthew_MGP_001.jpg
LeBlanc_Matthew_MGP_002.jpg
LeBlanc_Matthew_MGP_004.jpg
LeBlanc_Matthew_MGP_006.jpg
LeBlanc_Matthew_MGP_007.jpg
MacLaine_Shirley_MGP_001.jpg
MacLaine_Shirley_MGP_002.jpg
Madsen_Michael_MGP_001.jpg
Madsen_Michael_MGP_002.jpg
Najimy_Kathy_MGP_001.jpg
Najimy_Kathy_MGP_002.jpg
Nimoy_Leonard_MGP_001.jpg
Nimoy_Leonard_MGP_002.jpg
Nimoy_Leonard_MGP_003.jpg
Phillips_Julia_MGP_001.jpg
Phillips_Julia_MGP_002.jpg
Phillips_Julia_MGP_003.jpg
Powers_David_J_MGP_001.jpg
Ralph_Lee_Sheryl_MGP_001.jpg
Randall_Terry_MGP_001.jpg
Randall_Terry_MGP_002.jpg
Randall_Terry_MGP_003.jpg
Randall_Terry_MGP_004.jpg
Randall_Terry_MGP_005.jpg
Reiner_Rob_MGP_001.jpg
Reiner_Rob_MGP_002.jpg
Reiner_Rob_MGP_003.jpg
Spencer_John_MGP_001.jpg
Spillane_Mickey_MGP_001.jpg
Spillane_Mickey_MGP_002.jpg
The_Cult_MGP_001.jpg

## Listing of "2009_Getty_Images_Published" (Page 6)

The_Cure_MGP_001.jpg
The_Cure_MGP_002.jpg
Til_Tuesday_MGP_001.jpg
Til_Tuesday_MGP_002.jpg
Til_Tuesday_MGP_003.jpg
Getty_Images_Published_10_26_09
Alda_Alan_MGP_001.jpg
Alda_Alan_MGP_002.jpg
Alda_Alan_MGP_003.jpg
Allen_Chad_MGP_001.jpg
And_The_Band_Played_On_MGP_001.jpg
Andreessen_Marc_MGP_001.jpg
Andreessen_Marc_MGP_002.jpg
Ashworth_John_MGP_004.jpg
Baker_Dusty_MGP_001.jpg
Baker_Dusty_MGP_002.jpg
Barker_Clive_MGP_001.jpg
Barker_Clive_MGP_002.jpg
Beard_Amanda_MGP_001.jpg
Beard_Amanda_MGP_002.jpg
Beard_Amanda_MGP_003.jpg
Bono_Sonny_MGP_001.jpg
Bono_Sonny_MGP_002.jpg
Bono_Sonny_MGP_003.jpg
Bono_Sonny_MGP_004.jpg
Boone_Pat_001_MGP.jpg
Boone_Pat_002_MGP.jpg
Branagh_Kenneth_MGP_001.jpg
Branagh_Kenneth_MGP_002.jpg
Branagh_Kenneth_MGP_003.jpg
Brosnan_Pierce_MGP_001.jpg
Brosnan_Pierce_MGP_002.jpg
Brosnan_Pierce_MGP_003.jpg
Brosnan_Pierce_MGP_004.jpg
Brosnan_Pierce_MGP_005.jpg
Burrows_James_MGP_001.jpg
Burrows_James_MGP_002.jpg
Burrows_James_MGP_003.jpg
Bush_George_MGP_001.jpg
Bush_George_MGP_002.jpg
Bush_George_MGP_003.jpg
Bush_George_MGP_004.jpg
Bush_George_MGP_005.jpg
Bush_George_MGP_006.jpg
Bush_George_MGP_007.jpg
Bush_George_MGP_008.jpg
Bush_George_MGP_009.jpg
Caan_James_MGP_002.jpg
Caan_James_MGP_003.jpg
Caan_James_MGP_004.jpg
Caan_James_MGP_005.jpg
Carew_Rod_MGP_001.jpg
Carew_Rod_MGP_002.jpg
Carew_Rod_MGP_003.jpg
Carter_Jimmy_MGP_001.jpg
Carter_Jimmy_MGP_002.jpg
Carter_Jimmy_MGP_003.jpg
Carter_Jimmy_MGP_004.jpg
Cassidy_Shawn_MGP_001.jpg
Cassidy_Shawn_MGP_002.jpg
Cassidy_Shawn_MGP_003.jpg
Chang_Michael_MGP_001.jpg

Chang_Michael_MGP_002.jpg
Chase_Chevy_MGP_001.jpg
Chase_Chevy_MGP_002.jpg
Chase_Chevy_MGP_003.jpg
Child_Julia_MGP_001.jpg
Child_Julia_MGP_002.jpg
Chopra_Deepak_MGP_001.jpg
Chopra_Deepak_MGP_002.jpg
Chopra_Deepak_MGP_003.jpg
Chopra_Deepak_MGP_004.jpg
Chopra_Deepak_MGP_005.jpg
Chopra_Deepak_MGP_006.jpg
Close_Glen_MGP_001.jpg
Close_Glen_MGP_002.jpg
Close_Glen_MGP_003.jpg
Cole_Natalie_MGP_001.jpg
Cole_Natalie_MGP_002.jpg
Connely_Jennifer_MGP_001.jpg
Connely_Jennifer_MGP_002.jpg
Cornfeld_Bernard_MGP_001.jpg
Cornfeld_Bernard_MGP_002.jpg
Crichton_Michael_MGP_001.jpg
Davidson_Tommy_MGP_001.jpg
Davidson_Tommy_MGP_002.jpg
Deukmajian_George_MGP_001.jpg
Deukmajian_George_MGP_002.jpg
Disney_Roy_MGP_001.jpg
Disney_Roy_MGP_002.jpg
Disney_Roy_MGP_003.jpg
Dukakis_Kitty_MGP_001.jpg
Dukakis_Michael_MGP_002.jpg
DynCorp_MGP_001.jpg
DynCorp_MGP_002.jpg
Dysart_Richard_MGP_001.jpg
Dysart_Richard_MGP_002.jpg
Education_Learning_English_MGP_001.jpg
Education_Learning_English_MGP_002.jpg
EnVogue_MGP_0011.jpg
EnVogue_MGP_002.jpg
EnVogue_MGP_003.jpg
EnVogue_MGP_004.jpg
EnVogue_MGP_005.jpg
EnVogue_MGP_006.jpg
EnVogue_MGP_007.jpg
EnVogue_MGP_009.jpg
EnVogue_MGP_010.jpg
Evening_At_The_Improv_MGP_004.jpg
Fabulous_Thunderbirds_MGP_001.jpg
Fabulous_Thunderbirds_MGP_002.jpg
Farley_Chris_MGP_001.jpg
Farley_Chris_MGP_002.jpg
Farley_Chris_MGP_003.jpg
Farley_Chris_MGP_004.jpg
Flutie_Doug_MGP_001.jpg
Flutie_Doug_MGP_002.jpg
Flynn_Ray_MGP_001.jpg
Flynn_Ray_MGP_002.jpg
Frank_Barney_MGP_001.jpg
Frank_Barney_MGP_002.jpg
Fur_Coats_MGP_001.jpg
Fur_Coats_MGP_002.jpg
Garofalo_Janeane_MGP_001.jpg
Garofalo_Janeane_MGP_002.jpg

Grammer_Kelsey_MGP_001.tif.jpg
Grammer_Kelsey_MGP_002.jpg
Haggis_Paul_MGP_001.jpg
Haggis_Paul_MGP_002.jpg
Halm_Corey_MGP_001.jpg
Halm_Corey_MGP_002.jpg
Halm_Corey_MGP_003.jpg
Hannah_Daryl_MGP_001.jpg
Hannah_Daryl_MGP_002.jpg
Kennedy_Family_MGP_036.jpg
Kennedy_Family_MGP_037.jpg
Kennedy_Family_MGP_038.jpg
Kennedy_Joan_MGP_002.jpg
Kennedy_Joan_MGP_003.jpg
Koontz_Dean_MGP_001.jpg
Koontz_Dean_MGP_002.jpg
Kushner_Tony_MGP_001.jpg
Kushner_Tony_MGP_002.jpg
Lear_Norman_MGP_001.jpg
Lear_Norman_MGP_002.jpg
Level_One_Annual_MGP_001.jpg
Level_One_Annual_MGP_002.jpg
McFerrin_Bobby_MGP_003.jpg
Miller_Johnathan_MGP_001.jpg
Miller_Johnathan_MGP_002.jpg
Miller_Johnathan_MGP_003.jpg
Mirren_Helen_MGP_001.jpg
Mirren_Helen_MGP_002.jpg
Mirren_Helen_MGP_003.jpg
Mirren_Helen_MGP_004.jpg
Mirren_Helen_MGP_005.jpg
Montgomery_Tim_MGP_001.jpg
Montgomery_Tim_MGP_0031.jpg
Nightlife_Heavy_Metal_MGP_001.jpg
Nightlife_Heavy_Metal_MGP_002.jpg
NWA_MGP_001.jpg
Olson_MaryKate_Ashley_MGP_001.jpg
Olson_MaryKate_Ashley_MGP_002.jpg
Olson_MaryKate_Ashley_MGP_003.jpg
Olson_MaryKate_Ashley_MGP_004.jpg
Olson_MaryKate_Ashley_MGP_005.jpg
Olson_MaryKate_Ashley_MGP_006.jpg
Perrineau_Harold_MGP_001.jpg
Pinsky_Drew_MGP_001.jpg
Rafelson_Bob_MGP_001.jpg
Rafelson_Bob_MGP_002.jpg
Reagan_Mike_MGP_001.jpg
Reagan_Mike_MGP_002.jpg
Reese_Della_MGP_001.jpg
Reese_Della_MGP_002.jpg
Remini_Leah_MGP_001.jpg
Remini_Leah_MGP_002.jpg
Remini_Leah_MGP_003.jpg
Remini_Leah_MGP_004.jpg
Selleck_Tom_MGP_001.jpg
Tomlin_Lily_MGP_001.jpg
Von_Bulow_Claus_MGP_002 (1).jpg
Von_Bulow_Claus_MGP_002.jpg
Webster_Martel_MGP_001.jpg
Webster_Martel_MGP_002.jpg
Webster_Martel_MGP_003.jpg
Webster_Martel_MGP_004.jpg
Wilder_Billy_MGP_001.jpg

## Listing of "2009_Getty_Images_Published" (Page 7)

Wilson_Brian_MGP_001.jpg
Wilson_Brian_MGP_002.jpg
Wilson_Brian_MGP_003.jpg
Wilson_Mary_MGP_001.jpg
Wilson_Mary_MGP_002.jpg
Yoakam_Dwight_MGP_001.jpg
Yoakam_Dwight_MGP_002.jpg
Yoakam_Dwight_MGP_003.Jpg
Yoakam_Dwight_MGP_004.Jpg
Yoakam_Dwight_MGP_005.jpg

**TAWA 28-Mar-14 09:47:50**
Certificate of Registration

**CISPR01-TP**

| IPN | REGISTRATION | PRINT TYPE | PAGES | |
|---|---|---|---|---|

03/28/2014 09:54:03



163673063

Total Records = 1

VA0001431699      HP      4

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

UA 1-431-698

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA                    VAU
EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Grecco Photo / Getty Published  2009 (See Form GR / PPh/CON)

**NATURE OF THIS WORK** ▼ See instructions

Photographs

Previous or Alternative Titles ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

If published in a periodical or serial give: **Volume** ▼          **Number** ▼          **Issue Date** ▼          **On Pages** ▼

**2**

NAME OF AUTHOR ▼

Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

OR { **Author's Nationality or Domicile**
Name of Country
Citizen of _____
Domiciled in _____ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?     ☑ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☑ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Name of Author ▼

**Dates of Birth and Death**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

OR { **Author's Nationality or Domicile**
Name of Country
Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

Year in Which Creation of This Work Was Completed
2009
This information must be given
Year in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation _____

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM VA |
| --- | --- |
| CHECKED BY | |

| ☐ CORRESPONDENCE | FOR |
| --- | --- |
| Yes | COPYRIGHT |
| | OFFICE |
| | USE |
| | ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

Area code and daytime telephone number   ( 310 ) 452-4461          Fax number   ( 310 ) 452-4462

Email   Michael@MichaelGrecco.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Michael Grecco Photography, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Grecco, President

Date   7/5/10

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Michael Grecco Photography, Inc. |
| --- | --- |
| | **Number/Street/Apt** ▼ 1701 Pier Avenue |
| | **City/State/ZIP** ▼ Santa Monica, CA 90405 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,029

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**C** Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

Page _____ of _____ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ Michael Grecco Photography, Inc. ___

Name of Copyright Claimant ___ Michael Grecco Photography, Inc. ___

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph ___ Getty Archive Published Images 02/04/09 ___
Date of First Publication ___ 02/04/09 ___ (Month) (Day) (Year) Nation of First Publication ___ USA ___
Description of Photograph ___ A collection of images published for sale on www.gettyimages.com ___ (Optional)

**Number 2**
Title of Photograph ___ Getty Archive Published Images 02/09/09 ___
Date of First Publication ___ 02/09/09 ___ (Month) (Day) (Year) Nation of First Publication ___ USA ___
Description of Photograph ___ A collection of images published for sale on www.gettyimages.com ___ (Optional)

**Number 3**
Title of Photograph ___ Getty Archive Published Images 02/10/09 ___
Date of First Publication ___ 02/10/09 ___ (Month) (Day) (Year) Nation of First Publication ___ USA ___
Description of Photograph ___ A collection of images published for sale on www.gettyimages.com ___ (Optional)

**Number 4**
Title of Photograph ___ Getty Archive Published Images 02/12/09 ___
Date of First Publication ___ 02/12/09 ___ (Month) (Day) (Year) Nation of First Publication ___ USA ___
Description of Photograph ___ A collection of images published for sale on www.gettyimages.com ___ (Optional)

**Number 5**
Title of Photograph ___ Getty Archive Published Images 02/24/09 ___
Date of First Publication ___ 02/24/09 ___ (Month) (Day) (Year) Nation of First Publication ___ USA ___
Description of Photograph ___ A collection of images published for sale on www.gettyimages.com ___ (Optional)

| Number 6 | Title of Photograph | Getty Archive Published Images 02/25/09 | |
|---|---|---|---|
| | Date of First Publication | 02/25/09 | Nation of First Publication USA |
| | | (Month)      (Day)      (Year) | |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com | |
| | | (Optional) | |

**B**

Registration for Group of Published Photographs (continued)

| Number 7 | Title of Photograph | Getty Archive Published Images 03/25/09 | |
|---|---|---|---|
| | Date of First Publication | 03/25/09 | Nation of First Publication USA |
| | | (Month)      (Day)      (Year) | |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com | |
| | | (Optional) | |

| Number 8 | Title of Photograph | Getty Archive Published Images 04/09/09 | |
|---|---|---|---|
| | Date of First Publication | 04/09/09 | Nation of First Publication USA |
| | | (Month)      (Day)      (Year) | |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com | |
| | | (Optional) | |

| Number 9 | Title of Photograph | Getty Archive Published Images 04/20/09 | |
|---|---|---|---|
| | Date of First Publication | 04/20/09 | Nation of First Publication USA |
| | | (Month)      (Day)      (Year) | |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com | |
| | | (Optional) | |

| Number 10 | Title of Photograph | Getty Archive Published Images 06/03/09 | |
|---|---|---|---|
| | Date of First Publication | 06/03/09 | Nation of First Publication USA |
| | | (Month)      (Day)      (Year) | |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com | |
| | | (Optional) | |

| Number 11 | Title of Photograph | Getty Archive Published Images 06/16/09 | |
|---|---|---|---|
| | Date of First Publication | 06/16/09 | Nation of First Publication USA |
| | | (Month)      (Day)      (Year) | |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com | |
| | | (Optional) | |

| Number 12 | Title of Photograph | Getty Archive Published Images 10/26/09 | |
|---|---|---|---|
| | Date of First Publication | 10/26/09 | Nation of First Publication USA |
| | | (Month)      (Day)      (Year) | |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com | |
| | | (Optional) | |

| Number | Title of Photograph | | |
|---|---|---|---|
| | Date of First Publication | | Nation of First Publication |
| | | (Month)      (Day)      (Year) | |
| | Description of Photograph | | |
| | | (Optional) | |

| Number | Title of Photograph | | |
|---|---|---|---|
| | Date of First Publication | | Nation of First Publication |
| | | (Month)      (Day)      (Year) | |
| | Description of Photograph | | |
| | | (Optional) | |

| Number | Title of Photograph | | |
|---|---|---|---|
| | Date of First Publication | | Nation of First Publication |
| | | (Month)      (Day)      (Year) | |
| | Description of Photograph | | |
| | | (Optional) | |

Certificate will be mailed in window envelope to this address:

Name ▼
Michael Grecco Photography, Inc.

Number / Street / Apt ▼
1701 Pier Avenue

City / State / Zip ▼
Santa Monica, CA 90405

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

#0170

VA      VAU

EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**    See Form GR / PPh/CON

Grecco Photo / Getty Published 2009

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
   **X** Yes
   ☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in   U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?   ☒ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph (s)   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
   ☐ Yes
   ☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2009
This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____ Nation _____

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
   • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

*Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.*

*See instructions before completing this space.*

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*See instructions before completing this space.*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number  (310) 452-4461          Fax number  (310) 452-4462
Email  michael@michaelgrecco.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Michael Grecco Photography, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Grecco, President          Date  7/5/10

Handwritten signature (X) ▼
X

| Certificate will be mailed in window envelope to this address: | Name ▼ Michael Grecco Photography, Inc. |
| --- | --- |
| | Number/Street/Apt ▼ 1701 Pier Avenue |
| | City/State/ZIP ▼ Santa Monica, CA 90405 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Listing of "Getty_Image_Published_2009" (Page 1)

Getty_Images_Published_01_24_09
Alexander_Jason_MCP_001.jpg
Alexander_Jason_MCP_002.jpg
Anderson_John_MCP_001.jpg
Anderson_John_MCP_002.jpg
Angel_Criss_MCP_001.jpg
Applegate_Christina_MCP_004.jpg
Arnold_Tom_MCP_001.jpg
Baker_Howard_MCP_001.jpg
Bakula_Scott_MCP_001.jpg
Bakula_Scott_MCP_002.jpg
Bakula_Scott_MCP_003.jpg
Bergen_Patrick_MCP_001.jpg
Bergin_Patrick_MCP_002.jpg
Bernstein_Leonard_MCP_001.jpg
Bezos_Jeff_MCP_001.jpg
Bezos_Jeff_MCP_002.jpg
Bezos_Jeff_MCP_003.jpg
Bidett_Tom_MCP_001.jpg
Bonham_Tracy_MCP_001.jpg
Bonham_Tracy_MCP_002.jpg
Bose_Wow_Wow_MCP_001.jpg
Bow_Wow_Wow_MCP_002.jpg
Bow_Wow_Wow_MCP_003.jpg
Bow_Wow_Wow_MCP_004.jpg
Bow_Wow_Wow_MCP_005.jpg
Bow_Wow_Wow_MCP_006.jpg
Bow_Wow_Wow_MCP_007.jpg
Bow_Wow_Wow_MCP_008.jpg
Bowie_David_MCP_001.jpg
Bowie_David_MCP_002.jpg
Bowie_David_MCP_003.jpg
Bowie_David_MCP_004.jpg
Bowie_David_MCP_005.jpg
Branson_Richard_MCP_001.jpg
Branson_Richard_MCP_002.jpg
Bridges_Beau_MCP_001.jpg
Brinkley_Christie_MCP_001.jpg
Brinkley_Christie_MCP_002.jpg
Brinkley_Christie_MCP_003.jpg
Brinkley_Christie_MCP_004.jpg
Bronson_Po_MCP_001.jpg
Brown_Charlie_MCP_001.jpg
Brown_David_MCP_001.jpg
Brown_David_MCP_002.jpg
Browne_Roscoe_Lee_MCP_001.jpg
Burnett_Mark_MCP_001.jpg
Burnett_Mark_MCP_002.jpg
Burnett_Mark_MCP_003.jpg
Burton_Richard_MCP_001.jpg
Byrne_David_MCP_001.jpg
Byrne_David_MCP_002.jpg
Byrne_David_MCP_003.jpg
Byrne_David_MCP_004.jpg
Cagney_James_MCP_001.jpg
Camp_Colleen_MCP_001.jpg
Camp_Colleen_MCP_002.jpg
Campbell_Trent_MCP_001.jpg
Campbell_Trent_MCP_002.jpg
Campbell_Trent_MCP_003.jpg
Campbell_Treka_MCP_001.jpg
Candy_John_MCP_001.jpg
Candy_John_MCP_002.jpg
Candy_John_MCP_003.jpg
Cerman_Roger_MCP_001.jpg
Cherry_Neneh_MCP_001.jpg
Cherry_Neneh_MCP_002.jpg
Clark_Dick_MCP_001.jpg
Cooper_Alice_MCP_001.jpg
Cooper_Alice_MCP_002.jpg
Cramps_The_MCP_001.jpg
Cramps_The_MCP_002.jpg
Cramps_The_MCP_003.jpg
Cramps_The_MCP_004.jpg
Cramps_The_MCP_005.jpg
Cramps_The_MCP_006.jpg
Cramps_The_MCP_007.jpg
Cramps_The_MCP_008.jpg
Getty_Images_Published_02_14_09
Getty_Images_Published_02_10_09
Dead_Kennedys_MCP_001.jpg
Dead_Kennedys_MCP_002.jpg
Dead_Kennedys_MCP_003.jpg
Dead_Kennedys_MCP_004.jpg
DeBarros_Pamela_MCP_001.jpg
Diller_Barry_MCP_001.jpg
Diller_Barry_MCP_002.jpg
Diller_Barry_MCP_003.jpg
Dixon_Willie_MCP_001.jpg
Doobie_Brothers_MCP_001.jpg
Doobie_Brothers_MCP_002.jpg
Doobie_Brothers_MCP_003.jpg
Drudge_Matt_MCP_001.jpg
Dukakis_Olympia_MCP_001.jpg
Dukakis_Olympia_MCP_002.jpg
Galbraith_John_Kenneth_MCP_001.jpg
Getty_Frank_MCP_001.jpg
Getty_Frank_MCP_002.jpg
Gibbons_Leeza_MCP_001.jpg
Gibbons_Leeza_MCP_002.jpg
Gibbons_Leeza_MCP_003.jpg

Glass_Phillip_MCP_001.jpg
Glass_Phillip_MCP_002.jpg
Glass_Phillip_MCP_003.jpg
Godeardo_Balout_MCP_001.jpg
Graham_Bill_MCP_001.jpg
Graham_Bill_MCP_002.jpg
Graham_Bill_MCP_003.jpg
Green_Al_MCP_001.jpg
Gwynn_Tony_MCP_001.jpg
Gwynn_Tony_MCP_002.jpg
Gwynn_Tony_MCP_003.jpg
Gwynn_Tony_MCP_004.jpg
Gwynn_Tony_MCP_005.jpg
Gwynn_Tony_MCP_006.jpg
Haim_Peter_MCP_001.jpg
Huza_Hoop_MCP_001.jpg
Huza_Hoop_MCP_002.jpg
Jackson_Alan_MCP_001.jpg
Johnson_Arte_MCP_001.jpg
Kennedy_Compound_MCP_001.jpg
Kennedy_Compound_MCP_002.jpg
Kennedy_Compound_MCP_003.jpg
Kennedy_Compound_MCP_004.jpg
Kennedy_Compound_MCP_005.jpg
Kennedy_Compound_MCP_006.jpg
Kennedy_Family_MCP_001.jpg
Kennedy_Family_MCP_002.jpg
Kennedy_Family_MCP_003.jpg
Kennedy_Family_MCP_004.jpg
Kennedy_Family_MCP_005.jpg
Kennedy_Family_MCP_006.jpg
Kennedy_Family_MCP_007.jpg
Kennedy_Family_MCP_008.jpg
Kennedy_Family_MCP_009.jpg
Kennedy_Family_MCP_010.jpg
Kennedy_Family_MCP_011.jpg
Kennedy_Family_MCP_012.jpg
Kennedy_Family_MCP_013.jpg
Kennedy_Family_MCP_014.jpg
Kennedy_Family_MCP_015.jpg
Kennedy_Family_MCP_016.jpg
Kennedy_Family_MCP_017.jpg
Kennedy_Family_MCP_018.jpg
Kennedy_Family_MCP_019.jpg
Kennedy_Family_MCP_020.jpg
Kennedy_Family_MCP_021.jpg
Kennedy_Family_MCP_022.jpg
Kennedy_Family_MCP_023.jpg

## Listing of "Getty_Image_Published_2009" (Page 2)

Stetson_The_MCP_001.jpg
Topless_Beachgoers_MCP_001.jpg
Topless_Beachgoers_MCP_002.jpg
Cash_Johnny_MCP_001.jpg
Cash_Johnny_MCP_002.jpg
Connery_Sean_MCP_001.jpg
Connery_Sean_MCP_002.jpg
Crystal_Billy_MCP_001.jpg
DiCaprio_Leonardo_MCP_001.jpg
DiCaprio_Leonardo_MCP_002.jpg
DiCaprio_Leonardo_MCP_003.jpg
DiCaprio_Leonardo_MCP_004.jpg
DiCaprio_Leonardo_MCP_005.jpg
DiCaprio_Leonardo_MCP_006.jpg
DiCaprio_Leonardo_MCP_007.jpg
Abato_Luis_MCP_001.jpg
Abato_Luis_MCP_002.jpg
Ade_King_Sunny_MCP_001.jpg
Ade_King_Sunny_MCP_002.jpg
Alex_Tony_MCP_001.jpg
America_Funniest_Videos_MCP_001.jpg
Anderson_Pamela_MCP_001.jpg
Anderson_Pamela_MCP_002.jpg
Anderson_Pamela_MCP_003.jpg
Anti_Newton_Bomb_MCP_001.jpg
Anti_Newton_Bomb_MCP_002.jpg
Anti_Newton_Bomb_MCP_003.jpg
Anti_Newton_Bomb_MCP_004.jpg
Archer_Army_MCP_001.jpg
Aykroyd_Dan_MCP_001.jpg
Bafe_Catherine_MCP_001.jpg
Barr_Roseanne_MCP_001.jpg
Barr_Roseanne_MCP_002.jpg
Barr_Roseanne_MCP_003.jpg
Barr_Roseanne_MCP_004.jpg
Baker_Nick_MCP_001.jpg
Balt_Jose_MCP_001.jpg
Balt_Jose_MCP_002.jpg
Baker_Nick_MCP_002.jpg
Bafe_Catherine_MCP_002.jpg
Bernhard_Sandra_MCP_001.jpg
Bernhard_Sandra_MCP_002.jpg
Barrymore_Drew_MCP_001.jpg
Barrymore_Drew_MCP_002.jpg
Barrymore_Drew_MCP_003.jpg
Ballmer_Steve_MCP_001.jpg
Ballmer_Steve_MCP_002.jpg
Ballmer_Steve_MCP_003.jpg
Ballmer_Steve_MCP_004.jpg
Getty_Images_Published_02_25_09
Arthur_Bea_MCP_001.jpg
Bafe_Catherine_MCP_003.jpg
Getty_Images_Published_02_25_09
Ferraro_Geraldine_MCP_001.jpg
Ferraro_Geraldine_MCP_002.jpg
Ferraro_Geraldine_MCP_003.jpg
Garcia_Andy_MCP_001.jpg
Garcia_Andy_MCP_002.jpg
Garcia_Andy_MCP_003.jpg
Garcia_Andy_MCP_004.jpg
Garcia_Andy_MCP_005.jpg

Brooks_Mel_MCP_001.jpg
Brooks_Mel_MCP_002.jpg
Brooks_Mel_MCP_003.jpg

Case 1:19-cv-03156-NGG-RER   Document 1   Filed 05/28/19   Page 41 of 48 PageID #: 41

## Listing of "Getty_Image_Published_2009" (Page 5)

Wilson, Brian_MCF_002.jpg
Wilson, Brian_MCF_001.jpg
Wilson, Marc_MCF_003.jpg
Wilson, Marc_MCF_002.jpg
Wilson, Marc_MCF_001.jpg
Ham, Corey_MCF_003.jpg
Ham, Corey_MCF_002.jpg
Ham, Corey_MCF_001.jpg
Hamlisch, Marvin_MCF_001.jpg
Yoakum, Dwight_MCF_005.jpg
Yoakum, Dwight_MCF_004.jpg
Yoakum, Dwight_MCF_003.jpg
Yoakum, Dwight_MCF_002.jpg
Yoakum, Dwight_MCF_001.jpg
Hannah, Daryl_MCF_003.jpg
Hannah, Daryl_MCF_002.jpg
Hannah, Daryl_MCF_001.jpg
Fitzgerald, Ella_MCF_003.jpg
Fitzgerald, Ella_MCF_002.jpg
Fitzgerald, Ella_MCF_001.jpg
Kennedy, Family_MCF_918.png
Kennedy, Family_MCF_917.jpg
Kennedy, Family_MCF_918.png
Getty, Image 3, Published 06_01_09
Adja, Alan_MCF_003.jpg
Adja, Alan_MCF_002.jpg
Adja, Alan_MCF_001.jpg
Andreessen, Marc_MCF_002.jpg
And, The Band_Played On, MCF_001.jpg
Andreessen, Marc_MCF_001.jpg
Knootz, Dean_MCF_002.jpg
Knootz, Dean_MCF_001.jpg
Level, Dee_Annual_MCF_003.jpg
Level, Dee_Annual_MCF_002.jpg
Level, Dee_Annual_MCF_001.jpg
Arnold, Tom_MCF_001.jpg
Ashworth, John_MCF_001.jpg
Ashworth, John_MCF_003.jpg
Ashworth, John_MCF_002.jpg
Ashworth, John_MCF_001.jpg
Baker, Dusty_MCF_001.jpg
Baker, Dusty_MCF_002.jpg
Baker, Dusty_MCF_001.jpg
Boone, Pat_002_MCF.jpg
Buckingham, Jane_MCF_001.jpg
Bush, George_MCF_008.jpg
Bush, George_MCF_009.jpg
Barker, Clive_MCF_002.jpg
Barker, Clive_MCF_001.jpg
Beard, Amanda_MCF_003.jpg
Beard, Amanda_MCF_002.jpg
Beard, Amanda_MCF_001.jpg
Bush, George_MCF_005.jpg
Bush, George_MCF_004.jpg
Bush, George_MCF_003.jpg
Bush, George_MCF_002.jpg
Bush, George_MCF_001.jpg
Carter, Jimmy_MCF_002.jpg
Carter, Jimmy_MCF_001.jpg
Cher_MCF_005.jpg
Cher_MCF_004.jpg
Cher_MCF_003.jpg
Cher_MCF_002.jpg
Cher_MCF_001.jpg
Cole, Natalie_MCF_004.jpg
DenCorp_MCF_002.jpg
DenCorp_MCF_001.jpg
Fairchild, Morgan_MCF_001.jpg
Farley, Chris_MCF_003.jpg
Farley, Chris_MCF_004.jpg
Grammer, Kelsey_MCF_004.jpg
Grammer, Kelsey_MCF_001.jpg
Grammer, Kelsey_MCF_001.jpg
Happs, Paul_MCF_002.jpg
Happs, Paul_MCF_001.jpg
Hayter, Marvin_MCF_001.jpg

## Listing of "Getty_Image_Published_2009" (Page 6)

The_Cure_MCF_001.jpg
Chávez, Cesar_MCF_003.jpg
Chávez, Cesar_MCF_002.jpg
Chávez, Cesar_MCF_001.jpg
Tu, Tuesday_MCF_003.jpg
Tu, Tuesday_MCF_002.jpg
Tu, Tuesday_MCF_001.jpg
Getty, Image 4, Published_10_26_09
Child, Julia_MCF_003.jpg
Child, Julia_MCF_002.jpg
Child, Julia_MCF_001.jpg
Ham, Corey_MCF_003.jpg
Ham, Corey_MCF_002.jpg
Ham, Corey_MCF_001.jpg
Hannah, Daryl_MCF_003.jpg
Hannah, Daryl_MCF_002.jpg
Hannah, Daryl_MCF_001.jpg
Chopra, Deepak_MCF_005.jpg
Chopra, Deepak_MCF_004.jpg
Chopra, Deepak_MCF_003.jpg
Chopra, Deepak_MCF_002.jpg
Chopra, Deepak_MCF_001.jpg
Kennedy, Family_MCF_918.png
Kennedy, Family_MCF_917.jpg
Kennedy, Family_MCF_918.png
Close, Chuck_MCF_003.jpg
Close, Chuck_MCF_002.jpg
Close, Chuck_MCF_001.jpg
Ashworth, John_MCF_004.jpg
Baker, Dusty_MCF_001.jpg
Baker, Dusty_MCF_001.jpg
Barker, Clive_MCF_002.jpg
Barker, Clive_MCF_001.jpg
Cole, Natalie_MCF_004.jpg
Cole, Natalie_MCF_003.jpg
Cole, Natalie_MCF_002.jpg
Kushner, Tony_MCF_001.jpg
Cornfeld, Bernard_MCF_001.jpg
Cornfeld, Bernard_MCF_001.jpg
Level, Dee_Annual_MCF_003.jpg
Level, Dee_Annual_MCF_002.jpg
Level, Dee_Annual_MCF_001.jpg
Crichton, Michael_MCF_001.jpg
Deakmajian, George_MCF_003.jpg
Deakmajian, George_MCF_002.jpg
Deakmajian, George_MCF_001.jpg
Disney, Roy_MCF_001.jpg
Disney, Roy_MCF_002.jpg
Mirren, Helen_MCF_003.jpg
Mirren, Helen_MCF_002.jpg
Mirren, Helen_MCF_001.jpg
Nightingale, Heavy Metal_MCF_001.jpg
Education, Learning English_MCF_002.jpg
Education, Learning English_MCF_001.jpg
Envogue_MCF_011.jpg
Envogue_MCF_010.jpg
Orson, Marykate_Ashley_MCF_003.jpg
Orson, Marykate_Ashley_MCF_002.jpg
Orson, Marykate_Ashley_MCF_001.jpg
Envogue_MCF_005.jpg
Envogue_MCF_004.jpg
Orson, Marykate_Ashley_MCF_005.jpg
Orson, Marykate_Ashley_MCF_004.jpg
Perrie, Hurricane_MCF_001.jpg
Pinsky, Drew_MCF_001.jpg
Ralston, Bob_MCF_001.jpg
NWA_MCF_001.jpg
Fabulous_Thunderbirds_MCF_004.jpg
Fabulous_Thunderbirds_MCF_003.jpg
Fabulous_Thunderbirds_MCF_002.jpg
Reese, Della_MCF_002.jpg
Reese, Della_MCF_001.jpg
Reeves, Leah_MCF_004.jpg
Reeves, Leah_MCF_003.jpg
Reeves, Leah_MCF_002.jpg
Reeves, Leah_MCF_001.jpg
Webster, Marrel_MCF_003.jpg
Webster, Marrel_MCF_002.jpg
Webster, Marrel_MCF_001.jpg
Wilson, Brian_MCF_002.jpg
Grammer, Kelsey_MCF_001.jpg

Listing of "Getty_Image_Published_2009" (Page 7)

Wilson_Brian_MGP_002.jpg
Wilson_Brian_MGP_003.jpg
Wilson_Mary_MGP_001.jpg
Wilson_Mary_MGP_002.jpg
Yoakam_Dwight_MGP_001.jpg
Yoakam_Dwight_MGP_002.jpg
Yoakam_Dwight_MGP_003.jpg
Yoakam_Dwight_MGP_004.jpg
Yoakam_Dwight_MGP_005.jpg

Michael's HD:Users:MG:Desktop::Getty_Image_Published_2009

Monday, July 5, 2010 at 3:54:47 PM

# CONTINUATION SHEET
# FOR FORM VA

*For Group Registration of Published Photographs*

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

CONTINUATION SHEET RECEIVED

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY



**A** IDENTIFICATION OF AUTHOR AND CLAIMANT

Michael Grecco Photography, Inc.

Michael Grecco Photography, Inc.



**B** COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:

Title of Photograph   Getty Archive Published Images
Date of First Publication   02/04/09   Nation of First Publication   USA
Description of Photograph   A collection of images published for sale on www.gettyimages.com

Title of Photograph   Getty Archive Published Images
Date of First Publication   02/09/09   Nation of First Publication   USA
Description of Photograph   A collection of images published for sale on www.gettyimages.com

Title of Photograph   Getty Archive Published Images
Date of First Publication   02/10/09   Nation of First Publication   USA
Description of Photograph   A collection of images published for sale on www.gettyimages.com

Title of Photograph   Getty Archive Published Images
Date of First Publication   02/12/09   Nation of First Publication   USA
Description of Photograph   A collection of images published for sale on www.gettyimages.com

Title of Photograph   Getty Archive Published Images
Date of First Publication   02/24/09   Nation of First Publication   USA
Description of Photograph   A collection of images published for sale on www.gettyimages.com

Getty Archive Published Images

Date of First Publication  02/25/09

Nation of First Publication  USA

A collection of images published for sale on www.gettyimages.com

**B**

Registration for Group of Published Photographs

Getty Archive Published Images

Date of First Publication  03/25/09

Nation of First Publication  USA

A collection of images published for sale on www.gettyimages.com

Getty Archive Published Images

Date of First Publication  03/09/09

Nation of First Publication  USA

A collection of images published for sale on www.gettyimages.com

Getty Archive Published Images

Date of First Publication  04/20/09

Nation of First Publication  USA

A collection of images published for sale on www.gettyimages.com

Getty Archive Published Images

Date of First Publication  06/03/09

Nation of First Publication  USA

A collection of images published for sale on www.gettyimages.com

Getty Archive Published Images

Date of First Publication  06/16/09

Nation of First Publication  USA

A collection of images published for sale on www.gettyimages.com

Getty Archive Published Images

Date of First Publication  10/26/09

Nation of First Publication  USA

A collection of images published for sale on www.gettyimages.com

Nation of First Publication

Nation of First Publication

Nation of First Publication

Maloof Gary on Photography, Inc

1546 Pier Avenue

Santa Monica, CA 90405

**C**

YOU MUST:

SEND ALL ELEMENTS IN THE SAME PACKAGE!

MAIL TO:

# EXHIBIT C1

## Screenshots of Defendant's Use



