UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X      **CASE MANAGEMENT PLAN**

LEE GOLDEN III                                                **Docket Number:** 1:19-cv-03156-NGG-RER

                          Plaintiff,

             -against-
MICHAEL GRECCO PRODUCTIONS
INC. et al.

                          Defendant,
-----------------------------------------------------------X

    Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __N/A__.

2. No additional parties may be joined after __Dec. 2, 2019__.

3. No amendment of the pleadings will be permitted after __Dec. 2, 2019__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __Oct. 31, 2019__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
   (a) expert witnesses on or before __Feb. 15, 2020__.
   (b) rebuttal expert witnesses on or before __March 15, 2020__.

6. All discovery, including depositions of experts, shall be completed on or before __April 10, 2020__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? (**Answer no if any party declines to consent without indicating which party has declined**.)

        ☐ Yes    ☑ No

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9.  A Telephone Conference set for _____, to be initiated by ☐ Plaintiff or ☐ Defendant (Check One).

    **\* (The Court will schedule the conference listed above**.)

10. Status Conference will be held on _____.
    **\* (The Court will schedule the conference listed above**)

11. A Final Pre-trial Conference will be held on _____.
    **\*(The Court will schedule the conference listed above.)**

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**

_____

**RAMON E. REYES, JR.**
**UNITED STATES MAGISTRATE JUDGE**

CONSENTED TO:

/s/ Eugene Stupinksy
NAME
Attorney for Plaintiff

ADDRESS

E-mail: estrupinsky@luriestrupinsky.com

Tel.: 201-518-9999

Fax:

/s/ Rayminh L. Ngo
NAME
Attorney for Defendant

ADDRESS

E-mail: rngo@higbeeassociates.com

Tel.: 714-617-8300

Fax: